RETURN OF SERVICE

MERRIMACK, SS                                          09/15/2011

      I, Deputy TODD M COREY, made service of the within Summons and Complaint upon STATE OF NH - ADMIN OFFICE OF THE COURTS, by leaving at the office of same with Lorraine Albanese, on this date at 11:11am.

FEES

| | |
|---|---|
| Service | $25.00 |
| Postage | 1.00 |
| Travel | 15.00 |
| TOTAL | $41.00 |

Deputy TODD M COREY
Merrimack County Sheriff's Office

RETURN OF SERVICE


MERRIMACK, SS                                    09/15/2011


     I, Deputy TODD M COREY, made service of the within Summons and Complaint upon STATE OF NH - NH SECOND CIRCUIT, LITTLETON DISTRICT DIVISION, by leaving at the office of same with Lorraine Albanese, on this date at 11:12am.


FEES

| | | |
|---|---|---|
| Service | $25.00 |
| Postage | 1.00 |
| Travel | 0.00 |

TOTAL            $26.00


Deputy TODD M COREY
Merrimack County Sheriff's Office