AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Estate of Michele M. Walker, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:11-cv-421-PB |
| State of NH - Adm Office of the Courts, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of NH - AOC; State of NH - NH 2d Circuit Littleton Division                                        .

Date:   09/27/2011

/s/ Mary Ann Dempsey
*Attorney's signature*

Mary Ann Dempsey, #13123
*Printed name and bar number*

Attorney General's Office
33 Capitol Street, Concord, NH  03301-6397
*Address*

maryann.dempsey@doj.nh.gov
*E-mail address*

(603) 271-3650
*Telephone number*

(603) 223-6120
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Leslie H. Johnson, Esq.

Conventionally Served:

| 09/27/2011 | /s/ Mary Ann Dempsey |
|---|---|
| Date | Signature |