UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*****************************************
| | |
|---|---|
| Estate of Michele M. Walker, | * |
| Charles E. Walker, Administrator, | * |
|     Plaintiff | * |
| | * |
| v. | *   Civil Action No. 1:11-cv-421-PB |
| State of New Hampshire – Administrative Office | * |
| of the Courts and State of New Hampshire | * |
| –   NH Second Circuit Littleton District | * |
| Division - Administrative Office of the Courts | * |
| | * |
|     Defendants | * |
| | * |

*****************************************

## MOTION TO WITHDRAW APPEARANCE OF KAREN A. SCHLITZER

Defendants, State of New Hampshire – Administrative Office of the Courts and State of New Hampshire, NH Second Circuit Littleton District Division - Administrative Office of the Courts, by and through counsel, the Office of the Attorney General, requests as follows:

1. Senior Assistant Attorney General Karen A. Schlitzer seeks to withdraw from the above matter pursuant to Local Rule 83.6(d).  The reason for this withdrawal is that Senior Assistant Attorney General Karen A. Schlitzer has transferred to the Transportation and Construction bureau, effective immediately.

2. Defendants will continue to be represented by Senior Assistant Attorney General Mary Ann Dempsey, a member of the Bar of this Court, whose appearance has previously been filed.

3. No memorandum of law is necessary since this matter is within the discretion of the Court.

WHEREFORE, the Defendant respectfully requests this Honorable Court grant the following relief:

A. Allow Assistant Attorney General Karen A. Schlitzer to withdraw; and

B. Grant such other relief as may be just.

    Respectfully submitted,

    WILLIAM WRENN, COMMISSIONER,
    DEPARTMENT OF CORRECTIONS

    By his attorney,

    MICHAEL A. DELANEY
    ATTORNEY GENERAL

Dated: December 20, 2011    /s/ Karen A. Schlitzer
    Karen A Schlitzer, Bar No. 15169
    Senior Assistant Attorney General
    Civil Bureau
    33 Capitol Street
    Concord, New Hampshire 03301-6397
    Telephone: (603) 271-3650
    Email: karen.schlitzer@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on the following persons on December 20, 2011 and in the manner specified herein: Electronically Served upon **Leslie H. Johnson, Esquire.**

    /s/ Karen A. Schlitzer
    Karen A Schlitzer, Bar No. 15169
    Assistant Attorney General, Civil Bureau

695654.DOC