AUG/18/2011/THU 04:26 PM   NH DOL            FAX No. 6032716149           P. 002
   08/18/2011 11:36 FAX  6032846000        JOHNSON LAW OFFICE   → DOL-WC   ☒ 002/002

This form must be printed and sent to the NH Department of Labor.

**THE STATE OF NEW HAMPSHIRE
DEPARTMENT OF LABOR
SPAULDING BUILDING
95 PLEASANT STREET
CONCORD, NEW HAMPSHIRE**

NOTICE OF ACCIDENTAL INJURY OR OCCUPATIONAL DISEASE 8aWCA
(Please print or type)

To: **State of NH, Administrative Office of**   Phone # **(603) 271-2521**
(Name of Employer)  **The Courts**

**2 Charles Doe Drive, Concord NH 03301**
(Business Name and Address)

IN ACCORDANCE WITH RSA 281-A:20, This is to notify you that an injury occurred.

**Michele M. Walker (deceased)** *     SS # **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**
(Name of Injured Employee)

**c/o Charles E. Walker as Administrator of the Estate of Michele M. Walker**
**368 Old Franconia Rd, Bethlehem, NH**   Daytime Phone # **(603) 444-5703**
(Address of Injured Employee)   **03574**

**8/20/2009**
(Date of Accident or First Treatment)

**Littleton District Court; 134 Main St, Littleton NH 03561**
(Place Accident Happened)

Describe your injury or disease, and how it happened. Identify the body part(s) affected.
**Escalating workplace harassment and retaliation. This claim is for emotional distress culminating in Ms. Walker's suicide.**

I have been unable to work since my injury.   ☒ Yes   ☐ No

I have incurred the following medical bills. ** **Dr. Laurie Karlsson**  **8/21/09 + other dates**   **To be provided**
 **\*\* not all inclusive**      Name of Doctor          Dates of Service           Amount

**DHMC**                    **8/21/09 + other dates**      "
Name of Hospital              Dates of Service          Amount

**NE Kingdom Human Services**   **various dates**       "
Other                         Dates of Service          Amount

_____          **Chas E Walker**
(Employer's Signature)              (Employee's Signature)

_____            **8-18-2011**
(Date)                                (Date)

This form can be returned to DOL with or without employer's signature.

**NOTICE TO EMPLOYER**
YOU MUST FILE AN EMPLOYER'S FIRST REPORT, Form No. 8WC, WITH THE LABOR COMMISSIONER AND THE NEAREST CLAIMS OFFICE OF YOUR INSURANCE CARRIER, AS SOON AS POSSIBLE AFTER ACQUIRING KNOWLEDGE OF THE OCCURRENCE OF AN OCCUPATIONAL INJURY OR DISEASE TO ONE OF YOUR EMPLOYEES OR UPON PRESENTATION OF THIS NOTICE BY HIM, BUT NO LATER THAN FIVE DAYS THEREAFTER. FAILURE TO COMPLY CARRIES AN AUTOMATIC CIVIL PENALTY OF UP TO $2500. (RSA 281-A:53)

Form No. 8aWCA (Rev. 08/01)    Employer's Copy - White        Employee's Copy - Pink

**\* represented by Estate of Michele M. Walker**

TOTAL P.001


EXHIBIT A