EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>16D-2010-00083 |
|---|---|---|

New Hampshire Commission for Human Rights                              and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Charles E Walker as Administrator of the Estate of Michele M. Walker | (603) 444-5703 | Ms. Walker: 10-19-1962 |

| Street Address | City, State and ZIP Code |
|---|---|
| 368 Old Franconia Rd, Bethlehem, NH 03574 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| STATE OF NEW HAMPSHIRE, ADMINISTRATIVE OFFICE OF THE COURTS | 500+ | (603) 271-2521 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2 CHARLES DOE DRIVE CONCORD, NH 03301 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| STATE OF NEW HAMPSHIRE, District Court, C/O Administrative Office of the Courts | 15-100 | (603)271-6418 |

| Street Address | City, State and ZIP Code |
|---|---|
| 107 PLEASANT STREET, CONCORD, NH 03301 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [X] DISABILITY   [ ] GENETIC INFORMATION
[X] OTHER (Specify) RSA 354-A*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-03-2008        Latest: continuing

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

*Sexual Orientation, Marital Status
Note: The original portions of the Charge that are left are as Ms. Walker provided information and the tense has not been changed. There has been an attempt to put all changes in italics.

1) I, Michele Walker, am employed as the Clerk of the Littleton District Court, and was subjected to severe and/or pervasive sexual harassment in my place of my employment which created a hostile work environment. This sexually harassing behavior included being requested to participate in homosexual activity whereas I am known to be heterosexual and married.

2) Upon making multiple complaints to my supervisor regarding the sexually harassing behavior that had created a hostile work environment as required by Court policy, I was discouraged from bringing the nature of these incidents to light. I wanted the behavior to be stopped, my supervisor failed to take corrective action to end the harassment and actively discouraged me from further reporting the behavior of the individuals involved. My supervisor failed to report my complaint in accordance with the Court's harassment policy.

3) When I attempted to further report the sexual harassment in August of 2009, I was treated with hostility by the Administration. I was also retaliated against by those involved in the sexual harassment.

4) On approximately 8/20/09, due to escalating workplace harassment, I went on medical leave. I am a qualified person with a disability. My employer was put on notice of my disability based on the information provided to them in writing from my doctor as required. *Alternatively, my employer perceived me as a person with a disability.*

1