## Michele M. Walker

| | |
|---|---|
| From: | Michele M. Walker [michelew@courts.state.nh.us] |
| Sent: | Thursday, August 13, 2009 1:30 PM |
| To: | Pam Kozlowski |
| Cc: | Hon. Edwin W. Kelly; Jeff Smith; Gina Apicelli; Michelle Brown |
| Subject: | Complaint |

I would like to file a formal complaint about how I am being treated by Lisa Towle. I fear my safety and well being, and need to put something in writing until I can put my thoughts together and type something more formal. I have a down syndrome daughter who needs me and I cannot let anything happen to me.
I have many statements and facts to present, I will be filing that as soon as possible.

Sincerely,
Michele M. Walker
Clerk Of Court