UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
| | |
|---|---|
| Estate of Michele M Walker, * | |
| Charles E. Walker, Administrator * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | |
| * | Civil Action No. 1:11-cv-421-PB |
| State of New Hampshire – Administrative * | |
| Office of the Courts and State of * | |
| Hampshire – NH Second Circuit Littleton * | |
| District Court – Administrative Office of the * | |
| Courts * | |
| * | |
| Defendants * | |
| * | |

*******************************************

## AFFIDAVIT OF YVONNE MCALLISTER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Yvonne McAllister, declare as follows:

1.	I am employed by the State of New Hampshire as the Human Resources Generalist for the Administrative Office of the Courts.

2.	On January 12, 2010, Ms. Walker was interviewed by Christine Howe.

3.	I was present for that interview.

4.	Ms. Walker presented a 24-page typed statement that she claimed provided a comprehensive summary of the allegations.

5.	At that January meeting she referenced notes and calendar entries that were later produced.

6.	On February 5, 2010, Michele Walker was interviewed by Christine Howe.

7. I was present for that interview.

8. Ms. Walker's attorney, Rose Culver, was also present.

9. The interview was tape recorded and transcribed.

Dated: September 4, 2012

*Yvonne C. McAllister*
Yvonne McAllister

STATE OF NEW HAMPSHIRE
MERRIMACK COUNTY

On this day of 9/4, 2012, before me personally appeared the above-named person and acknowledged that the foregoing statements are the truth to the best of her knowledge and belief.

Dated: 9/4/12

*Angela L. Al-Shawafi*
Justice of the Peace / Notary Public
Commission Expires:
ANGELA L. AL-SHAWAFI, Notary Public
My Commission Expires December 14, 2016