THE STATE OF NEW HAMPSHIRE
SUPREME COURT OF NEW HAMPSHIRE

ADMINISTRATIVE ORDER 2007-05

POLICY

It is the policy of the New Hampshire Judicial Branch to ensure that personal relationships of judges, masters, hearing officers and non-judicial employees do not violate Supreme Court Rule 38 or the New Hampshire Judicial Branch Personnel Rules or otherwise interfere with the adjudication of controversies and the administration of justice in a manner that is actually and apparently fair and impartial.

PROCEDURE

Any judge, master, hearing officer or other non-judicial employee who is engaged in a personal, romantic, or intimate relationship, including dating, with another judge, master, hearing officer or non-judicial employee, or with another person who regularly conducts business with the judicial branch, shall consider whether that relationship may violate this policy. A person engaged in such a relationship may consult with the Superior Court Chief Justice, Administrative Judge, or the Director of the Administrative Office of the Courts, as appropriate, to consider actions that may be taken to uphold this policy. On notice of such a relationship, the Chief Justice of the

Superior Court, Administrative Judge, or Director of the Administrative Office of the Courts, as appropriate, shall take whatever action is reasonably necessary to uphold this policy.

Dated:    March 16, 2007          /s/
                                  Eileen Fox, Clerk
                                  New Hampshire Supreme Court