

# Social Security Administration

177 Main Street
Littleton, New Hampshire 03561

# Fax

FAX - 603-444-0444

603-444-2945



**To:** ANGELA PAULIN         **From:** CHUCK WALKER

**Fax:** 1 603 513 5454         **Pages (including this cover sheet):** TWO

**Phone:**                     **Date:** 8-26-09

**Re:** MEDICAL LEAVE FOR MICHELE WALKER

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

• **Comments:**

ANGELA

THANK YOU FOR YOUR ASSISTANCE IN THIS MATTER.

Chuck

SHOULD YOU NEED TO CONTACT ME MY CELL PHONE NUMBER IS,

[redacted]

235

 DARTMOUTH-HITCHCOCK MEDICAL CENTER

August 22, 2009

To Whom it May Concern:

Michelle Walker was recently hospitalized for medical treatment. It is recommended that she take a medical leave of absence from work for up to one month, pending re-evaluation by her primary care physician.

Sincerely,

Cassie Karlsson MD

236

One Medical Center Drive • Lebanon, NH 03756 • 603.650.5000 • www.dhmc.org

Dartmouth Medical School • Dartmouth-Hitchcock Clinic • Mary Hitchcock Memorial Hospital • V.A. Medical Center, White River Junction, VT



# DARTMOUTH-HITCHCOCK MEDICAL CENTER

August 22, 2009

To Whom it May Concern:

Michele Walker was recently hospitalized for medical treatment. It is recommended that she takes a medical leave of absence until her follow-up appointment and further evaluation by her primary care physician.

Cassie Karlsson MD

237

One Medical Center Drive • Lebanon, NH 03756 • 603.650.5000 • www.dhmc.org

Dartmouth Medical School • Dartmouth-Hitchcock Clinic • Mary Hitchcock Memorial Hospital • V.A. Medical Center, White River Junction, VT

# DARTMOUTH-HITCHCOCK MEDICAL CENTER

One Medical Center Drive
Lebanon, New Hampshire 03756

ADDRESS SERVICE REQUESTED

FAX SENT TO HR ON 8/26/09 AT 0914 HRS TO ANGELA PAVLIN 271-2521-2222

HEAD OF HR IS JEFF SMITH EXT 2225

238