October 20, 2009

Hon. Edwin F. Kelly Administrative Judge
District Court Administrative Center
107 Pleasant Street
Johnson Hall, 3rd Floor
Concord NH 03301

Dear Judge Kelly,

Pursuant to Judicial Branch Personnel rule 36 (E)(8), I am requesting approval to use my accumulated sick leave through November 30, 2009. A medical certification has been sent, by my primary care physician to the Administration Office of the Courts, Human Resources Office.

Sincerely,


Michele M. Walker
Clerk of Court
Littleton District Court

216