

**Employment Practices Group**

*Defining employers' rights in the workplace*

December 4, 2009

By Facsimile and U.S. Mail
802-748-0704

Carey Brodzinski FNP-C MSN APRN
Northeast Kingdom Human Services, Inc.
P.O. Box 368
St. Johnsbury, VT 05819

Re: Michele Marie Walker, DOB ■

Dear Ms. Brodzinski:

I represent the Administrative Office of the Courts in New Hampshire (the "Court"), where your patient Michele Marie Walker works as a Clerk. Ms. Walker seeks to return to work, and we are requesting certain information from you relating to her medical/psychological condition. Please answer and return the following questionnaire to me at your earliest opportunity. I understand that Ms. Walker is requesting to begin her job duties again on December 8, 2009, so your prompt attention to this request will be greatly appreciated.

The questionnaire format is a guide, and I would appreciate a response to every question. I need your complete medical opinion, so please feel free to include a more detailed narrative response to any and all questions if needed to answer more fully.

A signed authorization from Ms. Walker is enclosed.

Thank you for your anticipated cooperation.

Very truly yours,

Julie A. Moore

cc: Administrative Office of the Courts
Rose M. Culver, Esquire, counsel for Michele Marie Walker

181

93 Sherwood Drive, Suite 201, North Andover, MA 01845 ♦ Telephone 978.975.0050 ♦ Facsimile 978.683.8027 ♦ www.EmploymentPG.com