UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
| | |
|---|---|
| Estate of Michele M Walker, | * |
| Charles E. Walker, Administrator | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:11-cv-421-PB |
| State of New Hampshire – Administrative | * |
| Office of the Courts and State of | * |
| Hampshire – NH Second Circuit Littleton | * |
| District Court – Administrative Office of the | * |
| Courts | * |
| | * |
| Defendants | * |

*******************************************

## ADDENDUM TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, State of New Hampshire – Administrative Office of the Courts and State of New Hampshire – NH Second Circuit Littleton District Division – Administrative Office of the Courts (hereinafter collectively referred to as "AOC"), by and through their counsel, the Office of the Attorney General, filed its Motion for Summary Judgment on September 4, 2012. Exhibits R and S were accidently omitted as attachments to the Memorandum of Law in Support thereof. The Defendants' file these exhibits herewith.

                      Respectfully submitted,

                      State of New Hampshire – Administrative
                      Office of the Courts and State of
                      Hampshire – NH Second Circuit Littleton
                      District Court – Administrative Office of the
                      Courts

                      By their attorney,

                      MICHAEL A. DELANEY
                      ATTORNEY GENERAL

1

Date:  September 4, 2012        /s/ Mary Ann Dempsey_____
                                Mary Ann Dempsey
                                NH Bar No. 13123
                                Senior Assistant Attorney General
                                New Hampshire Attorney General's Office
                                33 Capitol Street
                                Concord, New Hampshire 03301-6397
                                Telephone:  (603) 271-3650
                                Email:  mary.dempsey@doj.nh.gov

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was electronically served upon Leslie H. Johnson, Esquire.

                                s/ Mary Ann Dempsey_____
Date: September 4, 2012         Mary Ann Dempsey