UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
Estate of Michele M Walker,      \*
Charles E. Walker, Administrator    \*
   \*
Plaintiff    \*
   \*
v.    \*
   \*   Civil Action No. 1:11-cv-421-PB
State of New Hampshire – Administrative   \*
Office of the Courts and State of    \*
Hampshire – NH Second Circuit Littleton   \*
District Court – Administrative Office of the   \*
Courts    \*
   \*
Defendants    \*
   \*
*******************************************

## AFFIDAVIT OF PAMELA KOZLOWSKI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Pamela Kozlowski, declare as follows:

1. I am currently employed as a Circuit Court Clerk for the State of New Hampshire since July 2011. I have supervised the Littleton District Court, now part of the 2nd Circuit Court, from August 2004-June 2011.

2. I have reviewed the Complaint filed in this action, including the allegations set forth in paragraphs 13-15.

3. Michele Walker never reported to me that she was being sexually harassed, or that she was being asked to participate in homosexual activities. Nor did she ever report that there was sexual misconduct or inappropriate sexual discussions in the work place.

4. Ms. Walker would frequently complain about Lisa Towle's work, and would express her frustration that she did not have supervisory power over Ms. Towle.

5. I believed that Ms. Walker and I had a good working relationship. On October 16, 2009, while she was out on medical leave, Michele Walker sent me a "Boss's Day" card thanking me for all I had done for her.

6. Michele Walker informed me that she blamed the Family Division for her husband, Charles Walker, being transferred out of the Littleton District Court.

Dated: September 4, 2012

*Pamela Kozlowski* (signature)
Pamela Kozlowski

STATE OF NEW HAMPSHIRE
Grafton COUNTY

On this day of 9-4, 2012, before me personally appeared the above-named person and acknowledged that the foregoing statements are the truth to the best of her knowledge and belief.

Dated: Sept. 4th, 2012

Diane M. Carter (signature)
Exp - March 30, 2016