*reached out when quiet*
→ *She is hostile dismissive*      Pam said to speak only @ recent events      13

**Michele M. Walker**   *on the 18th done w/ Paula - reaching to J Kelly b/c of Paula's treatment*

| | |
|---|---|
| From: | Michele M. Walker [michelew@courts.state.nh.us] |
| Sent: | Thursday, August 13, 2009 3:32 PM |
| To: | Pam Kozlowski |
| Cc: | Jeff Smith; Hon. Edwin W. Kelly; Gina Apicelli |
| Subject: | Facts and issue with complaint. |

*June - August*

I returned back to work on June 8th and was immediately approached by Lisa and Brenda about complaints about Stan(the bailiff)and was asked to do something about it. I felt like being out for over two months it was very unfair for me to handle issue that went on during my absence. I asked Lisa if she reported this to Michelle Brown and she said yes, then I asked Brenda if she reported it and she said no I was waiting for you to return. I told both of them that it wasn't fair to me to address issues with Stan due to the fact I was on medical leave but would have Lance talk to him. Lance was advised and handled it very well, he came to Littleton and just did a complete overview of policies and procedures. Stan was fine and that was that.
July 1st
Michelle Brown came here and wanted to meet in Chambers. I meet with her and she said Lisa Towle had a complaint about how Stan was acting and wanted to know what I said or did with the security issue. I was very puzzled and said nothing, I notified Lance and he came here and took care of it. Michelle insisted that I was involved and I told her I wasn't even here when these problems came about. I said Lisa said she reported it to you and nothing was done, she stomped out of Chambers and got Lisa, brought her into Chambers and said did you (lisa) report to me that there were problems in Littleton with Stan, Lisa said yes I did. Michelle Brown asked Lisa to leave Chambers. I told Michelle there were lots of issues with Lisa and she didn't want to hear it and said I was impossible and I was just like Deb Nichols she couldn't handle it and that we (the Clerks) never communicate with her. I said Michelle I am trying but you will not hear me out and your never here. She turned left the room and got Lisa Towle and went down the hall for a meeting with her. Lisa has not spoke to me since.
The only two days since July 1 Michelle Brown has been here are July 14 and July 31st.
July 14th :Lots of tension when Michelle Brown arrived. She spoke friendly to Pat Keniston and would not look at me. While she was at the copier I said Good Morning and she said Morning and never turned around. At 11:20 Denise from Berlin called Michelle Brown answered and was rude to Denise. Michelle said the phone for you. I picked up and Denise said wow she is a pleasant one
and who was that she is very rude. Michelle arrived at 9:05 and left at 12:15.
July 31st: From 8 to 9 no one was covering Family Court. A customer came to the window and asked for forms, Martha was here and we could not find the key to get the forms for the customer. I asked everyone in the office why there was no one from Family Court and no one knew. Michelle Brown arrived at 9:00 and said nothing to anyone in District Court. She never spoke and left at 11:30.

On July 10th it was a court date I reported to Michelle Brown that Jeannette was complaining about where Lisa Towle was, she left for lunch at 12:00 and never returned until 1:45. I felt because Jeannette from Plymouth brought this to my attention I should report it. I also reported that at 2:45 the same day that Lisa Towle and her daughter were having an argument on the balcony, there were lots of people around to witness this behavior and I felt it was unprofessional, so I reported it. I never heard anything about this again.

On July 21st:
We had a small birthday party for Martha Kennett in Chambers everyone was invited to come in and join for cake. Lisa came in arms crossed and would not acknowledge me at all. Brenda wanted a knife for the cake and Stan retrieved one for her, Lisa made a comment that she had allot of knives at home with lots of names on them and looked right at me.

August 3:
Family Division day, lots of power problems in Court room and I spent about two hours helping with the issue. No help from Lisa Towle and she had an attitude and would not speak. I handled the problems and then proceeded with my work.

August 10:

1                    262

Lisa Towle had to leave at 10:30 she poked her head in and announced I am leaving Darcy will cover do not answer my phones or wait on the window. Darcy was in a case management meeting until 12:00. It was a Court date and very busy. There were several customers and phone calls and the District Court took care of it. The postmaster called and had a security issue with the Wheatleys and Bartlett case, I did not have a family division docket so I asked the bailiffs for assistance. I have no problem handling the window for phones for family division but was told by Lisa not to help Darcy would handle it. I cannot let the customers or phones be unattended and felt it was important to assist. I reported all this to Michelle Brown on the same day.

August 11:
Lisa passed through the office announced she was leaving for lunch, leave the windows and phone I will be back in 1/2 hour. Brenda said you have a dv going on do you want me to help, she said no. This was a very busy District Court day Brenda collected money for a family division customer and typed messages for Lisa. The customer was Nancy Deriah. The private line for FD kept ringing and I answered it 4 times, three times the person hung up the forth time it was Lisa's daughter Korin she was rude and said where's Lisa, I responded lunch she said fine and hung up on me. Bethlehem Police Chief called and needed a emergency dv form I told him Lisa was out but would be back soon, asked him if he wanted me to get another one from another court and fax it he said no have her call me as soon as she returns. Lisa returned was very upset that I answered her phone after telling her to call her daughter and the Chief. I told you not to answer my phone and left the room very upset and angry, she refused to communicate or listen to me.

I tried to reach Michelle Brown for three days via phone or email and she didn't have time to discuss this, so I call Pam K.

August 12, I received a phone message from Lisa Towle to call Michelle Brown and it was date stamped. I did call Michelle at 2:35 to report everything and said something must be done. She said I will talk to Gina and call you tomorrow. Michelle said she was overwhelmed with what I had to say about Lisa Towle and would talk to Gina.

From July 1st to August 13 Michelle Brown has been here less than eight hours, knowing there are big problems between FD and district. I feel very alone on this and need help. I have had no COMMUNCATION with Michelle Brown or Lisa Towle since July 1st and I feel I have done nothing wrong but try to uphold the dignity and respect of this Court.

Lisa Towle has been a very difficult person for me to deal with. She has copied my hair, clothes and my image. I have reported this to many people that this is getting weird and I am not finding it faltering. I am concerned for my safety and well being. This behavior has gone on for over a year and everyone knows, and everyone notices her hair and clothes are like mine.
On one occasion she came in and said she brought her son to Wal mart and bought paint so they could go to her ex's husbands girlfriends house and write on his vehicle. I was appalled by this and reported it immediately. This is a court employee and her son was only fifteen and I couldn't even believe what I was hearing. Lisa was laughing and thought it was funny I told her this is not expectable behavior and it was wrong. She abuses the computer system and is on face book all day and I have reported that as well, boyfriends and work should not be happening. On another incident she was complaining to the new tenant not to move into Lahout's apartments and was not saying nice things about Lahout's. Lahout's manager filed a complaint and felt this was not appropriate behavior and filed a complaint. Michelle Brown told her just to be more careful what she says at the window. The complainant was not satisfied. I see many things and have tried and tried to make it work but its now out of control. Lisa Towle does not like me and has made it very clear. She does not speak to me or acknowledge me anymore and its been very stressful for me since July 1st. Today Clark was at my desk and the phone was ringing and the bailiff needed me and Lisa abruptly came over and was angry and rude, she said do you have a minute and I said I will have to see you in a minute I am right out straight, she stomped off and said oh well I tried, I stood up and said Lisa I will get right back to you and explained my issues, she shook her head and said I tried and you don't want to talk to me. This was a complete hostile situation and Clark asked if I was ok and he was very concerned for me and let me know if I needed anything he would be more than happy to help. Clark said that Lisa and Lynne Gilman had there heads together so be careful. When I finally got in to see Lisa she was very demanding and rude she wanted me to look at her computer screen so I did, she wanted me to see a copy of the docket, do you see your name on it, I said yes, I asked if she changed her procedure with the docket and she refused to answered and started yelling that I am not talking to you unless Michelle Brown was here,

I walked away and was very concerned again for my safety. She was very angry and upset, it is clearly a hostile environment for me and the stress is difficult. I have managed to maintain a good working environment for everyone around and just keep doing the best I can. Judge Cyr knows none of this and neither do any of the other employees, its difficult to control and keep the Court running smoothly. (today is a court day)
Lisa came in around 11:00 put her back to me and told Brenda she was leaving for the day and won't be back until Monday, they hugged and she turning give me a dirty look and left, again its like I am not even in the room.

I apologize for such a all over the place email, but I feel at this point I must protect myself and my well being. If something is to happen to me I want this on the record and I will be bringing a copy home. I am stressed and pressured so please again excuse the all over the place email. I will try to put this in a much better format and get some help so its a little easier to follow.

I have worked here for 13 years an never have had a problem with any employees until now. I am very concerned and as a court official I here allot of complaints in the community about Lisa Towle and I tell them all to report it to Michelle Brown she is the administrator. I apologize to them and feel this is a very poor reflection on this court and myself. I have worked in the Littleton community for 29 years and I am very respected and know in the community and I am very proud to work for the Littleton District Court.
Sincerely,
Michele M. Walker
Clerk of Court
Littleton District