UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Estate of Michele M Walker, <br> Charles E. Walker, Administrator <br><br> Plaintiff <br><br> v. <br><br> State of New Hampshire – Administrative Office of the Courts and State of Hampshire – NH Second Circuit Littleton District Court – Administrative Office of the Courts <br><br> Defendants | Civil Action No. 1:11-cv-421-PB |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF BRENDA KNAPP IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Brenda Knapp, declare as follows:

1. I am currently employed by the New Hampshire Second Circuit, District Division, Littleton as the Deputy Clerk.

2. I have reviewed the Complaint filed in this action, including the allegations set forth in paragraphs 13, 14, and 18.

3. I never witnessed Lisa Towle become aggressive toward Ms. Walker. I never witnessed Ms. Towle scream or yell at Ms. Walker, or call her names.

4. I never witnessed anyone request that Ms. Walker participate in homosexual activities, nor did I witness anyone subject Ms. Walker to sexual harassment.

5. I never witnessed anyone ask Ms. Walker about Mr. Walker's virility.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and the information available to me.

Dated: September 4, 2012

_Brenda L. Knapp_
Brenda Knapp

STATE OF NEW HAMPSHIRE
__GRAFTON__ COUNTY

On this day of __9/04/__, 2012, before me personally appeared the above-named person and acknowledged that the foregoing statements are the truth to the best of her knowledge and belief.

Dated: 9/04/12

_Brenda G. Jewett_
Justice of the Peace
Comm. Exp. 8/08/17

2