MAILED 9/9/09

Hon. Edwin F. Kelly, Administrative Judge
District Court Administrative Center
107 Pleasant Street
Johnson Hall, 3rd Flr
Concord, NH 03301


Dear Judge Kelly:

Pursuant to Judicial Branch Personnel Rule 36 (E)(8), I am requesting approval to use my accumulated sick leave through September 25, 2009. A medical certification from my care provider indicating that I will be out of work until September 25, 2009 is on file at the Administrative Office of the Courts with the Human Resources office.

As you know, I was out of work on FMLA leave from February 25, 2009 to May 29, 2009 for a different reason. I will be covered under the remaining portion of FMLA for my current illness until September 4, 2009. According to the personnel rules, leave beyond the 60 days allotted by the FMLA may be granted by you after consultation with the Director of the AOC.


Sincerely,

*Michele M Walker*

Michele M. Walker
Clerk of Court
Littleton District Court


230