Michele M. Walker
368 Old Franconia Road
Bethlehem, NH 03574
(603) 444-5703

November 20, 2009

**PERSONAL AND CONFIDENTIAL**

Jeffrey D. Smith
Manager of Operations
Administrative Office of the Courts
Two Charles Doe Drive
Concord, NH 03301

**VIA CERTIFIED MAIL**

Dear Mr. Smith,

    I am planning on returning to my duties as the Clerk of Littleton District Court on Tuesday, December 8, 2009. As such, I have enclosed a letter from my health care provider, Dr. Carey Brodzinski, in support of this action.

    In accordance with Dr. Brodzinski's recommendation, I am requesting a modified work schedule to facilitate my return. More specifically, I would like to work on Tuesdays, Wednesdays and Fridays from 8 a.m. to 12 p.m. This would be a temporary adjustment as my intention is to fulfill my duties as the Clerk of Court on a full-time basis as soon as possible.

    Additionally, I am reiterating my request to have a door installed in the existing doorway between the Family Division Room and the District Court area. I had discussions for over a year regarding such a request with my supervisor, Pam Kozlowski, who was supportive of such an endeavor. She understood that the purpose of it was to create a more favorable work environment for me in respect to confidentiality concerns, as well as to reduce my experience of being in a hostile environment. The request was ultimately denied in spite of the fact that there was a suitable door, at no additional cost, in the basement of the courthouse. As I understand it, Peter Goodwin indicated at the time that the door could not be put up without administrative authority. I am hopeful that this present appeal will be favorably addressed.

    I anticipate that we will need to interact further concerning my return to the workplace. Please direct any communications to my attorney Rose Culver at 18 North Main Street, Suite 301, Concord, NH, telephone number 603-496-0034, email attorneyrose@comcast.net. I look forward to hearing from you.

Very truly yours,

Michele M. Walker
Clerk of Court
Littleton District Court

165

11/16/09

To Whom it May Concern,

Michele Walker DOB ███████, is presently under my care at NEKHS in St Johnsbury for symptoms of PTSD, employment induced. She is presently on medication for the anxiety and has responded very well. She has been out of work for several months but feels she would like to return. I am supportive of this decision but would recommend returning to the work environment on a part time basis for a few weeks and slowly increasing her hours depending on her comfort level.
Michele is in weekly counseling, will be seeing me monthly and has good family support.
Any concerns or questions, please feel free to contact me at my office 802-748-3181

Sincerley

*[signature]*

Carey Brodzinski FNP-C MSN APRN

186