STATE OF NEW HAMPSHIRE

JUDICIAL BRANCH

Confidential

Transcript of Pat Keniston Interview

Friday, December 11, 2009

Plymouth District Court

Christine Howe, Esq.,

Human Resources Manager, State of Vermont

Transcribed by: Linda Cammett

---

| | |
|---|---|
| Ms. Howe: | This is Christine Howe, today is Friday, December 11, 2009. I am here at the Plymouth District Courthouse. Present with me is Yvonne McAllister from the Court Administrator's Office of Concord, New Hampshire. Also present is Pat Keniston – did I pronounce your name correctly Pat? |
| Ms. Keniston: | You did- thank you. |
| Ms. Howe: | And ah, Pat, would you just for the record acknowledge for the record that you understand this conversation is being tape-recorded? |
| Ms. Keniston: | I do understand – I see the tape-recorder. |
| Ms. Howe: | Thank you. Um, as I indicated Pat, before we went on the records is that, I am here at the request of the Court |

|  |  |
|---|---|
|  | Administrator to do an independent fact-finding investigation and the allegations that have come in, do not name you as a possible person who has done anything wrong but merely as a possible witness who might have witnessed some of the behaviors which is an issue here. So, first if you can help me out a little bit, Pat, what position do you have here at the New Hampshire courts? |
| Ms. Keniston: | I am a court systems clerk with the district court. |
| Ms. Howe: | And what, what does that mean? |
| Ms. Keniston: | I am assigned monthly to cover um courts that either have a vacancy in the clerk or the staff or someone's out on leave. |
| Ms. Howe: | So, are you like a traveling expert? |
| Ms. Keniston: | Well, I don't know about the expert, but I travel. |
| Ms. Howe: | Okay, which courts do you most often get assigned to? |
| Ms. Keniston: | Recently with the budget issues, I've been Franklin, Laconia, Littleton, Plymouth, prior to that I was all over the state. The only court in New Hampshire I've not been in is Plaistow. |
| Ms. Howe: | Plaistow? |
| Ms. Keniston: | Affirmative response |
| Ms. Howe: | Okay. And how long have you worked for the courts Pat? |
| Ms. Keniston: | Nine years |
| Ms. Howe: | And who is your direct supervisor? |