**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| Estate of Michele M. Walker | ) | |
| | ) | |
| v. | ) | Civil Action # 11-CV-421-PB |
| | ) | |
| New Hampshire Administrative Offices of | ) | |
| the Courts, et al. | ) | |

**PLAINTIFF'S NOTICE OF INTENT TO**
**FILE FOR LEAVE TO FILE REPLY TO**
**DEFENDANT'S OBJECTION TO MOTION TO COMPEL**

NOW COMES the Plaintiff, Estate of Michele M. Walker, by and through its attorney, Law Office of Leslie H. Johnson, PLLC, and files Plaintiff's Notice of Intent To File For Leave To File Reply To Defendants' Objection To Motion To Compel and in support therefore, respectfully states as follows:

1.    Defendants filed their Objection to Plaintiff's Motion To Compel (DN 24) on

November 13, 2012.

2.    Plaintiffs' counsel has reviewed same and intends to file a Motion For Leave to

File Reply.

3.    Pursuant to LR 7.1(e)(2), Plaintiff is putting both this Honorable Court and

Defendants on notice of same.

Respectfully submitted,
**ESTATE OF MICHELE M. WALKER**, Plaintiff
By its attorney,

Date: November 16, 2012        By:        /s/ LESLIE H. JOHNSON
Leslie H. Johnson, Esquire, NH #5545
LAW OFFICE OF LESLIE H. JOHNSON, PLLC
PO Box 265
Ctr Sandwich NH 03227
603.284.6600
leslie@lesliejohnsonlaw.com

**CERTIFICATION**

I hereby certify that on this 16th day of November  2012, copy of this Notice of Intent was electronically served through ECF on the following counsel: Mary Ann Dempsey, Esquire, Counsel for Defendants.

_____/s/LESLIE H. JOHNSON_____
Leslie H. Johnson, Esquire