Exhibit 1-B

**From:** Leslie H. Johnson [mailto:leslie@lesliejohnsonlaw.com]
**Sent:** Thursday, October 18, 2012 10:48 AM
**To:** Dempsey, MaryAnn
**Subject:** RE: Estate of Walker

MaryAnn:

Thank you for letting me know Fri is still available. I would like to depose Judge Kelly and Lisa Towle next Friday. I also want to depose Christine Howe and Lyn Gilman. I understand we have a dispute about Ms. Howe. I may also want to depose Ms. McAllister. Please check on availability for Judge Kelly and Lisa Towle. I do not want to schedule three on one day again. Thanks for your assistance.

I am also available if you would like to call me and discuss the on-going schedule, or any other issues. Thanks.
Leslie

Leslie H. Johnson, Esquire
LAW OFFICE OF LESLIE H. JOHNSON, PLLC
PO Box 265 ~ 46 Holderness Road
Center Sandwich NH 03227
Phone: (603) 284-6600
Fax: (603) 284-6000
leslie@lesliejohnsonlaw.com

NOTICE: This email (including any attachment) is covered by the Electronic Communications Privacy Act, 18 USC 2510 et seq. and is CONFIDENTIAL. The legal advice and work product are PRIVILEGED and intended only for disclosure to or use by the person(s) listed above. If you are neither the intended recipient(s), nor a person responsible for the delivery of this intended recipient(s), you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify me immediately by using the "reply" feature or by calling me at (603) 284-6600 and then immediately delete this message and all attachments from your computer. Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the US Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.