Exhibit 1-A

## Julie A. Moore

**From:**     Julie A. Moore [jmoore@employmentpg.com]
**Sent:**     Friday, December 04, 2009 5:34 PM
**To:**       'Rose M. Culver, Esq.'
**Subject:**  Walker

Rose, the court has secured an independent investigator.  She will be interviewing Michele on Friday, December11, and she would like to begin at 9:00 a.m.  The location is still to be determined.

The investigator will be tape recording the interview.  That is her standard practice, and she believes that it benefits both parties to have a preserved record.  Also, she has hand mobility issues and is unable to take copious notes.  You are welcome to have a copy of the recording.

I will continue to provide you information as it becomes available to me.

Thanks, Julie



Employment
Practices Group

Julie A. Moore. Esquire
93 Sherwood Drive. Suite 201
North Andover. MA 01845
Tel   978.975 0080
Cell  603 490 9373
Fax  978.683 8027
E-Mail  JMoore@EmploymentPG.com
Web: www.EmploymentPG.com

AOC 002705