UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
| | |
|---|---|
| Estate of Michele M Walker, | * |
| Charles E. Walker, Administrator | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:11-cv-421-PB |
| State of New Hampshire – Administrative | * |
| Office of the Courts and State of | * |
| Hampshire – NH Second Circuit Littleton | * |
| District Court – Administrative Office of the | * |
| Courts | * |
| | * |
| Defendants | * |

*******************************************

## NOTICE OF CONVENTIONAL FILING

Please take notice that the Defendants conventionally filed the materials ordered for in camera review pursuant to the Court's Order dated January 22, 2013, section 1.

        Respectfully submitted,

        State of New Hampshire – Administrative
        Office of the Courts and State of
        Hampshire – NH Second Circuit Littleton
        District Court – Administrative Office of the
        Courts

        By their attorney,
        MICHAEL A. DELANEY
        ATTORNEY GENERAL

Date:  January 28, 2013        /s/ Mary Ann Dempsey_____
        Mary Ann Dempsey
        NH Bar No. 13123
        Senior Assistant Attorney General
        New Hampshire Attorney General's Office

                                          33 Capitol Street
                                          Concord, New Hampshire 03301-6397
                                          Telephone:  (603) 271-3650
                                          Email:  mary.dempsey@doj.nh.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was electronically served upon Leslie H. Johnson, Esquire.

                                          s/ Mary Ann Dempsey
Date: January 28, 2013                       Mary Ann Dempsey

858362