# LAW OFFICE OF LESLIE H. JOHNSON, PLLC

PO Box 265, 46 Holderness Road
Center Sandwich, NH 03227-0265

Telephone: (603) 284-6600
Fax: (603) 284-6000
email: leslie@lesliejohnsonlaw.com

Leslie H. Johnson, Esquire*
*Admitted in NH & Maine

May 8, 2012

**VIA FACSIMILE & US MAIL**

Mary Ann Dempsey, Esquire
ATTORNEY GENERAL'S OFFICE
33 Capitol St
Concord NH 03301-6397

Post-it® Fax Note 7671 Date ___ # of pages ▶ 18
To Atty Dempsey    From
Co./Dept.          Co.
Phone #            Phone #
Fax # 223-6206     #

Re:   Michele M. Walker v. State of New Hampshire, Administrative Offices of the Court
      **PLAINTIFF'S MEDICAL EXPERT DISCLOSURE**

Dear Attorney Dempsey:

     Enclosed please find a copy of Eric G. Mart, Ph.D.'s written report dated May 7, 2012, along with his Curriculum Vitae and list of cases. Generally, Dr. Mart is expected to testify in accordance with his report, as well as to comment upon Ms. Walker's emotional condition, expected treatment, prognosis, ability to work, any permanent impairment, normal life expectancy, etc.

     Dr. Mart's opinion is based upon his education, training, experience, records, and relevant literature. In addition, we reserve the right to have Dr. Mart review additional medical records and material as they become available, as well as to review, relay and/or comment upon the reports and testimony of the experts retained by any other party.

     By this disclosure, we are not waiving our right to object to material or testimony produced by other parties/experts as the facts, circumstances, and/or Rules of Evidence permit. We reserve the right to supplement this expert disclosure as the need arises and based upon the disclosures of the other parties, up to and including the time of trial.

  Thank you for your consideration in this matter. Should there be any questions, please feel free to contact me.

                 Sincerely,

                 Leslie H. Johnson, Esquire

LHJ/mt  
Enclosures  
cc: Mr. Charles Walker

# Eric G. Mart, Ph.D., ABPP

BOARD CERTIFIED FORENSIC PSYCHOLOGIST

Licensed Psychologist (NH & MA)
Licensed Psychologist-Doctorate (VT)

311 Highlander Way, Manchester, NH 03103
Tel. (603) 626-0966 | Fax (603) 622-7012
EMart@comcast.net | www.psychology-law.com

May 7, 2012

Leslie H. Johnson, Esq.
PO Box 265
46 Holderness Rd.
Center Sandwich, NH 03227-0265

RE:   Michelle M Walker (deceased) v. State of NH - Administrative Office of the Courts

Dear Attorney Johnson:

     I am writing to give you my preliminary report in the above-referenced case. I think it is important to point out that my report at this point is preliminary because I anticipate that further information will become available as this case goes on. I anticipate that many of the facts alleged in your Complaint dated August 30, 2011, are or will be in dispute. No psychological analysis or review of medical records can determine whether a particular event did or did not occur. Further, determining the credibility and veracity of allegations is the province of the trier of fact. As a consequence, it will only be possible to give limited opinions regarding the materials I have reviewed at this point. I also reserve the right to modify my opinions as further information becomes available.

     In completing this report I reviewed the following documents:

1. Complaint - Estate of Michelle M. Walker, Charles E. Walker, Administrator v. State of New Hampshire - Administrative Office of the Courts and State of New Hampshire - NH Second Circuit, Littleton District Division - Administrative Office of the Courts (8/30/11)
2. Dartmouth Hitchcock Medical Center Records (8/21/09-8/22/09)
3. Northeast Kingdom Human Services Records (9/2/09-6/11/10)
4. Littleton Internal Medicine Records (1/21/08-10/19/09)

     Your Complaint explains the allegations involving Ms. Walker in great detail, so I will not review each of the allegations in detail in this document. The complaint notes that Ms. Walker was employed as clerk of the Littleton District Court beginning on or about 11/9/96. It is alleged that, beginning in 2007, Ms. Walker was subjected to sexual harassment by a coworker. Instances of this alleged sexual harassment include requests by the coworker to participate in homosexual activity, repeated sexual comments in the workplace, sexually offensive jokes, and intrusive questions about the plaintiff's sexual activities. It is also alleged that one of the other employees at Ms. Walker's place of employment engaged in angry, hostile and aggressive behavior toward Ms. Walker during the summer of 2009.

     According to the complaint, Ms. Walker made attempts to resolve this through normal administrative channels, but this was not helpful. Ms. Walker alleged that when an investigation

RE: *Michelle M Walker (deceased) v. State of NH - Administrative Office of the Courts*     Page 2
May 7, 2012

was undertaken the focus appeared to be on her, and not on the employee who was causing the problems. According to the complaint, Ms. Walker went on medical leave and was subsequently informed that she could not return to work until a fitness for duty evaluation was completed.

I reviewed the available medical records from this case as part of my initial assessment. Records from the Dartmouth-Hitchcock Medical Center indicate that Ms. Walker was admitted for psychiatric hospitalization due to what was variously described as an episode of acute psychosis or possibly delirium caused by a reaction to ciprofloxacin. It was reported that she was brought in by her family for evaluation because she had appeared to be suffering from paranoia, confusion and impaired sleep for the previous 4 to 5 days. Her initial encounter at the facility occurred on 8/21/09. In a document entitled Psychiatric Teaching Physician Involvement, dated 8/21/09, Dr. Elizabeth LaRusso notes that Ms. Walker had been acutely agitated on admission and required intramuscular Haldol, Ativan and four-point restraints. Dr. LaRusso reports that Ms. Walker's husband indicated that she had a long history of low-grade paranoia dating back decades. Mr. Walker stated that over the past year his wife had become increasingly concerned over a coworker that she perceived as acting against her, and that she had been documenting perceived slights with the goal of eventual litigation. He noted that over the past month her paranoia had become more pronounced and that she had spent a great deal of time working on the documentation.

A document entitled Final D/C summary notes by William Horn, M.D., notes that Ms. Walker had no prior psychiatric history. Information from Ms. Walker's husband's sister indicated that Ms. Walker had been "under a lot of stress" at work, where she felt people were trying to antagonize her. She had also become fearful that her coworkers were trying to hurt her by taking her daughter. Ms. Walker reported that she did not experience auditory hallucinations during the acute phase of her illness but thought that she was seeing "cars in the bushes" on her way home from work the previous day. Further documentation indicates that Ms. Walker's acute symptoms had resolved the next day and she was discharged.

Ms. Walker was subsequently seen for follow-up psychiatric care by Carey Brodzinski, APRN, at Northeast Kingdom Human Services. Ms. Brodzinski reports that Ms. Walker told her that at her place of work, an employee who had been hired more than a year ago had been giving her a "hard time." Ms. Walker told Ms. Brodzinski that she had been accused of making up stories about the harassment. A subsequent letter from Ms. Brodzinski, dated 11/16/09, states that Ms. Walker was being treated for symptoms of employment-induced posttraumatic stress disorder. She noted that Ms. Walker had been placed on medication for anxiety and had responded well. Ms. Walker was reported to be in weekly counseling. Subsequent counseling notes indicate that at various times Ms. Walker reported feelings of depression, poor self-esteem, anhedonia and low energy levels. She was assessed for suicidality in a number of the sessions. Ms. Walker spoke about thoughts of suicide at various times, but she denied having a suicide plan and told her therapist that she would not hurt herself because of the effect it would have on family members.

A note by Carey Brodzinski dated 5/7/10 details a conversation with Mr. Walker. Ms. Brodzinski reports that the patient shot herself on 5/3/10. She had not left a suicide note and there was no apparent trigger for her actions. Mr. Walker noted that his wife seemed fine on the previous day. On her husband's advice she had canceled a scheduled deposition. Mr. Walker told

05/08/2012 11:07 FAX 6032846000          JOHNSON LAW OFFICE                    ☒005/018

RE: *Michelle M Walker (deceased) v. State of NH - Administrative Office of the Courts*          Page 3
May 7, 2012

Ms. Brodzinski that his wife had been compliant with her medication regimen up to that point.

As I stated at the beginning of this report, there is at this point little information available regarding the factual basis of Ms. Walker's reports of harassment and lack of response by supervisors at her place of work. As this information becomes available, I will incorporate it into a subsequent report. Based on the available information, a number of hypotheses are suggested in this case.

Assuming that some or all of the problematic events in the workplace which are cited in the Complaint did in fact occur, it is clear that Ms. Walker had some degree of pre-existing psychopathology, as evidenced by statements from her husband and daughter regarding long-standing problems with low-level paranoia, although the nature and severity of this pre-existing condition cannot be ascertained from the currently available documentation. In this scenario, Ms. Walker would have been predisposed to poor adjustment to these stressors. It should be noted that while stress may have contributed to the symptoms that led to Ms. Walker's psychiatric hospitalization in August 2009, my reading of the medical notes and reports from this period suggests that the main cause of her symptoms was most likely a medically-related delirium. My reasons for coming to this conclusion relate to the symptoms she exhibited in the course of her illness. Ms. Walker's symptoms came on quickly and resolved rapidly. Additionally, she reports visual hallucinations in the time leading up to her hospitalization; visual hallucinations are rare in cases of functional psychosis and are more often seen in cases of delirium and in toxic states. Consequently, while Ms. Walker's perceptions of her work environment may have been to some extent colored by her predisposition to suspiciousness, I do not believe that her mental state in the previous year reflected a formal thought disorder, nor does it appear that her suicide was the result of psychosis.

Clearly, if it can be shown that Ms. Walker was not in fact harassed at work, some other explanation for her perceptions of the events that occurred there would have to be explored. However, based on the available records, I do not believe it is likely that her narrative of her experience in the workplace would have been solely the product of disordered thinking, since she was never hospitalized for acute psychosis previously and gave no signs of seriously disordered thinking after her hospitalization. As a consequence, it is my opinion that if the harassment detailed in your complaint actually occurred, it is likely that Ms. Walker's hostile workplace environment was either the cause of or a contributing factor to her anxiety, depression and subsequent suicide.

Please feel free to contact me if you require further information or have questions about this report.

Sincerely,

*Eric Mart, Ph.D.*

Eric G. Mart, Ph.D., ABPP (Forensic)
Licensed Psychologist

EGM / km

# Eric G. Mart, Ph.D., ABPP

BOARD CERTIFIED FORENSIC PSYCHOLOGIST

Licensed Psychologist (NH & MA)
Licensed Psychologist-Doctorate (VT)

311 Highlander Way, Manchester, NH 03103
Tel. (603) 626-0966 | Fax (603) 622-7012
EMart@comcast.net | www.psychology-law.com

## CURRICULUM VITAE

### Education

| | |
|---|---|
| 09/1978 to 06/1983 | Yeshiva University, Ferkauf Graduate School of Professional Psychology, New York, NY. Doctoral study in School Psychology. M.S. 06/1982; Ph.D. 06/1983. |
| 09/1974 to 06/1976 | New College, Sarasota, FL. B.A. in Psychology. |
| 09/1973 to 09/1974 | Ohio State University, Columbus, OH. |

### Licensing & Certification

| | |
|---|---|
| 09/1987 to Present | New Hampshire Licensed Psychologist #405. |
| 05/2004 to Present | Massachusetts Licensed Psychologist 948530. |
| 12/2006 to Present | Vermont Licensed Psychologist-Doctorate #048-0000897. |
| 11/2005 to Present | Certificate of Professional Qualification in Psychology, Association of State and Provincial Psychology Boards. |
| 08/2001 to Present | Board Certified in Forensic Psychology, American Board of Professional Psychology. |
| 04/1997 to Present | Certificate of Proficiency in the Treatment of Alcohol and Other Psychoactive Substance Abuse Disorders, American Psychological Association. |

### Professional Experience

| | |
|---|---|
| 06/1987 to Present | Private practice in Manchester, NH, specializing in forensic psychology and child, adolescent, and adult psychotherapy and assessment. |
| 09/1990 to Present | Clinical Consultant, Webster House Group Home, Manchester, NH. |
| 06/1996 to 6/1997 & 10/1989 to 10/1992 | Co-leader, Adolescent Sexual Offenders' Treatment Group, Youth Development Center, Manchester, NH. |
| 09/1986 to 8/1988 | School Psychologist, Concord School District, Concord, NH. |
| 03/1986 to 8/1986 | Psychological Consultant to the We Care Homes of Lutheran Social Services, Cincinnati, OH. Psychological testing and behavior management consultation for MR/DD clients in ICF/MR group homes. |
| 09/1983 to 07/1984 | School Psychologist, Milbrae Schools, Milbrae, California. |
| | Consultant to San Mateo County's Severe Disorders of Language Program. |
| | Behavior Modification Specialist, Golden Gate Regional Center for Developmental Disabilities. |
| 07/1982 to 07/1983 | School Psychologist, New York City Schools. |

### Training Experience

| | |
|---|---|
| 01/1988 to 06/2001 | Supervision in forensic psychology toward diplomate with Wilfrid Derby, ABPP, ABFP, Manchester, New Hampshire. |
| 12/1984 to 08/1986 | Postdoctoral Psychology Trainee, P.W. Lewis Center, Cincinnati, Ohio. Clinical intern-ship in state psychiatric hospital, working with chronic adult schizophrenics and dually diagnosed adults (MR/MI). Chairman, Mental Retardation and Human Rights Committees. |

*Eric G. Mart, Ph.D., ABPP Curriculum Vitae*                                                    *Page 2*

| | |
|---|---|
| 09/1979 to 06/1982 | Distributed graduate internship, Herricks Elementary School, St. Vincent's Hospital, and Yeshiva High School for Boys. Training in clinical assessment, psychotherapy and organizational consultation. |
| 12/1980 to 06/1981 | NIMH training fellowship in developmental disabilities, Bronx Developmental Center, New York, New York. |

**Teaching Experience**

| | |
|---|---|
| 02/1986 to 05/1986 | Adjunct Assistant Professor, University of Cincinnati. Graduate School of Education, Cincinnati, Ohio. |
| 02/1988 to 05/1988 | Instructor, Notre Dame College Graduate School of Education, Manchester, New Hampshire. |

**Publications and Presentations**

"Psychological and Emotional Injuries" (Presenter). New Hampshire Lawyers for Justice seminar, "Medical School for Lawyers." May 20, 2011.

"Assessment of Competency" in *Earning a Living Outside of Managed Mental Health Care: 50 Ways to Expand Your Practice*, edited by Steven Walfish, Ph.D. American Psychological Association, 2010.

"Risk Assessment and the Mental Status Examination" (Continuing Education Presentation). PESI, Rancho Cordova, Oakland & Palo Alto, CA, November 3, 4 & 5, 2010.

"Risk Assessment and the Mental Status Examination" (Continuing Education Presentation). PESI, Cleveland, Youngstown & Pittsburgh, December 8, 9 & 10, 2010.

"The Practical Assessment of Testamentary Capacity and Undue Influence" (Co-Author). Professional Resource Press, 2010.

"Special Issue Introduction: Assessment Testimony in Child Abuse Cases." *The Journal of Psychiatry and Law* 38/Fall 2010.

"Common Errors in the Assessment of Allegations of Child Sexual Abuse." *The Journal of Psychiatry and Law* 38/Fall 2010

"An Unusual Case of Postictal Violence: Implications for Criminal Responsibility." *Open Access Journal of Forensic Psychology*, http://www.forensicpsychologyunbound.ws/ – 2010. 2: 49-58.

"Child Custody from A to Z: In the Best Interests of the Child" (Faculty Member). National Business Institute, Burlington, VT, January 20, 2010.

"Interviewing Persons with Mental Illness" (Presenter). Disabilities Rights Center Regional Training Event, Concord, NH, October 29, 2008.

"Deconstructing Expert Mental Health Evaluations: A Step-By-Step Guide" (Faculty Member). Mental Health Legal Advisors Committee MCLE seminar, "Cutting Edge Representation Of Persons With Mental Illness." Boston, May 29, 2009.

"Legal Aspects of Managing Autism Spectrum Disorders at School" (Presenter). National Business Institute, May 21, 2010.

"Getting Started in Forensic Psychology Practice" (Faculty Member). American Academy of Forensic Psychology continuing education program, Montreal, Canada, March 27, 2009.

"Violence in the Home" (Faculty Member). National Business Institute, February 11, 2009.

"Therapists in Court: Practical Risk Management" (Presenter). North Dakota Psychological Association Fall Conference workshop, October 23-24, 2008.

"The Art of Representing Children" (Faculty Member). National Business Institute, June 30, 2008.

*Eric G. Mart, Ph.D., ABPP Curriculum Vitae*                                                                 Page 3

"The Phenomenon of Undue Influence in Transactions with the Elderly" (Faculty Member). New Hampshire Bar Association CLE seminar, April 2, 2008.

"School Safety and Security: Practical Solutions and Legal Safeguards" (Faculty Member). National Business Institute, December 10, 2007.

"Practical Assessment of Testamentary Capacity and Undue Influence in Wills" (Co-Author). *American Journal of Forensic Psychiatry*, Vol. 25, Issue 4, 2007.

"Growing Your Forensic Practice." *The Journal of Psychiatry and the Law*, Summer 2007.

"Deconstructing Mental Health Evaluations: A Guide for Attorneys" (Guest Speaker). Mental Health Legal Advisors Committee MCLE seminar, October 26, 2007.

"Understanding Psychological Testing" (Guest Speaker). New Hampshire Legal Assistance, October 22, 2007.

*Issue Focused Forensic Child Custody Assessment*, Professional Resource Press, Aug. 2007.

"Developing and Marketing Your Successful Mental Health Niche Practice Ethically, Effectively and Profitably" (Presenter). New Hampshire Psychological Association workshop, May 4, 2007.

"Ethical and Practical Risk Management for Professionals Working with Persons with Sexual Behavior Problems" (Guest Speaker). New Hampshire Association for the Treatment of Sexual Abusers, November 17, 2006.

*Getting Started in Forensic Psychology Practice: How to Create a Forensic Specialty in Your Mental Health Practice*, Wiley, Aug. 2006.

"How Children Experience Disruption" (Guest Speaker). New Hampshire Bar Association CLE seminar, "Changing Times--Modification of Orders Under RSA 461," March 10, 2006.

"Underachievement in Adolescents: Causes & Interventions" (Co-Presenter). Parker Educational Foundation, November 17, 2005.

"Practical Risk Management: Court Related Issues, Ethics, Technology and Beyond" (Presenter). Vermont Psychological Association, November 11, 2005.

"Child Custody and Post-Divorce Relocation in the Light of Braver Et Al." (Co-Author). *The Vermont Bar Journal*, Fall, 2005.

"Munchausen Syndrome by Proxy: Myths and Truths" (Presenter). Boston Bar Association, Family Law Section, January 11, 2005.

"Factitious Disorder by Proxy: A Call for the Abandonment of an Outmoded Diagnosis." *The Journal of Psychiatry and the Law*, Fall 2004.

"Victims of Abuse by Priests: Some Preliminary Observations." *Pastoral Psychology*, Vol. 52, No. 6, July 2004.

"Therapists in Litigation: Ethics and Best Practices" (Co-Presenter). Highland Psychological Services, May 21, 2004.

"Therapists in Court: Practical Risk Management" (Presenter). Alaska Psychological Society, May 15, 2004.

"Munchausen's Syndrome by Proxy/Factitious Disorder by Proxy" (Presenter). Alaska Psychological Society, May 14, 2004.

"The Therapist as Wizard: Using Magic in Therapy With Children" (Presenter). Seacoast Mental Health Center, January 29, 2004.

Book review: *The Psychologist as Expert Witness* by Theodore H. Blau. *International Journal of Forensic Psychology*, Vol. 1, No. 1, 2004.

"The Concise Approach to Child Custody Assessment." *The Journal of Psychiatry and the Law*, Winter 2003.

"The Therapist as Wizard: Using Magic in Therapy With Children" (Presenter). Nashua Children's Home, November 6, 2003.

"Assessment of Bonding in Child Custody and Dependency Cases." *New Hampshire Trial Bar News*, Vol. 26, Fall 2003.

*Eric G. Mart, Ph.D., ABPP Curriculum Vitae*                                            *Page 4*

"Special Education--Part II" (faculty). Co-sponsored by New Hampshire Bar Association Pro Bono Program and the Mental & Physical Disabilities Law Section, September 19, 2003.

"Juvenile Competence to Stand Trial: Overview and Contemporary Issues." *New Hampshire Bar Journal*, Vol. 44, No. 2, June 2003.

"Therapists in Litigation: Ethics and Best Practices" (Co-Presenter). Highland Psychological Services, May 30, 2003.

"Workshop on Psychological Assessment of Testamentary capacity and Undue Influence, presented by a Forensic Psychologist" (Presenter). NH Bar Association, Elder Law, Estate Planning & Probate Section, May 7, 2003.

"An Overview of Munchausen's Syndrome by Proxy" (Presenter). New Hampshire Psychological Society, February 7, 2003.

"Factitious Disorder By Proxy: Rethinking The Diagnostic Formulation" (Paper Presentation). New England Psychological Association Annual Meeting, October 19, 2002.

"Munchausen's Syndrome (Factitious Disorder) by Proxy: A Brief Review of Its Scientific and Legal Status," *The Scientific Review of Mental Health Practice*, Vol. 1, No. 1, Spring-Summer 2002.

"Readability and Comprehension of the 'New Hampshire Acknowledgment and Waiver of Rights: Felony,'" *New Hampshire Bar Journal*, Vol. 43, No. 1, March 2002.

*Munchausen's Syndrome by Proxy Reconsidered*, Bally Vaughan Publishing, Jan. 2002.

"Divorce Custody Litigation," (Faculty Member). New Hampshire Bar Association, Nov. 29, 2000.

"Working with Middle School Students: Development and Behavior" (Keynote Speaker). New Hampshire Partners in Education 21st Annual Conference, May 25, 2000.

"Joint Physical Custody—What We Know," *New Hampshire Bar Journal*, Vol. 40, No. 4, Dec. 1999.

"The Concise Child Custody Evaluation: An Alternative Methodology," *Trial Bar News*, Vol. 21, Fall 1999.

"Factitious Disorder by Proxy and the Federal Rules of Evidence" (Poster Session). American Bar Association/American Psychological Association Conference, "Psychological Expertise and Criminal Justice," Oct. 1999.

"Assessment of Psychological Distress in Cases of Sexual Harassment: Contributions from Forensic Psychology," (Faculty). International Coalition Against Sexual Harassment 8th Annual Conference, Aug. 7, 1999.

"Munchausen by Proxy Syndrome: Disordered Mother or Disordered Diagnosis" panel discussion (Guest panelist). Society for Philosophy and Psychiatry, Department of Psychiatry, Yale School of Medicine, May 8, 1999.

"Psychological Issues in Employment Litigation" (Co-Presenter). National Employment Lawyer's Association, New Hampshire Chapter, March 2, 1999.

"Problems with the Diagnosis of Factitious Disorder by Proxy in Forensic Settings," *American Journal of Forensic Psychology*, Volume 17, No. 1, Jan. 1999.

"Ethics in the Courtroom, Contemporary Issues" (Co-Presenter). New Hampshire Psychological Association ethics workshop, June 5, 1998.

"Bullying Behavior: Working with Bullies in Various Mediation Settings," (Guest Speaker), New Hampshire Mediators Association Eleventh Annual Conference, May 2, 1998.

"Attention Deficit Hyperactivity Disorder" (Guest Lecturer). Catholic Medical Center Grand Rounds, Manchester, New Hampshire, April 8, 1998.

"Munchausen's Syndrome by Proxy: Psycho-Legal Issues," (Paper Presentation). Eastern Psychological Association Annual Meeting, Boston, Massachusetts, Feb. 28, 1998.

"Motor Vehicle Accidents and Traumatic Stress," *Massachusetts Bar Association Lawyers Journal*, Vol. 5, No. 4, Dec. 1997.

*Eric G. Mart, Ph.D., ABPP Curriculum Vitae*            *Page 5*

"Psychoeducational Testing with Children" (Guest Speaker). National Association of Counsel for Children, Bedford, New Hampshire, Nov. 1997.

"Working With the Sexually Abused Foster Child" (Guest Speaker). Lutheran Social Services of New England, Concord, New Hampshire, Nov. 1997.

"Bully-proofing Your School" (Guest Speaker). Memorial High School staff meeting, Manchester, New Hampshire, Nov. 1997.

"Bully-proofing Your School" (Guest Speaker). Conant Elementary School staff meeting, Concord, New Hampshire, May 1997.

"Educators Working With Sexual Offenders" (Staff Training). New Hampshire Youth Development Center, May 1997.

"Anatomy for Lawyers" Program, "Coping With the Stealth Evaluation" (Presenter). Massachusetts Academy of Trial Attorneys, April 1997.

"Forensic Assessment of Personal Injury Cases" (Guest Speaker). Massachusetts School of Law at Andover, April 1997.

"Psychotherapist Testimony in Personal Injury Cases: Coping With the Stealth Evaluation," *Massachusetts Bar Association Lawyers Journal*, March 1997.

"Forensic Use of Psychological Testing: A Basic Course for Attorneys" (Presenter). March 1997.

"Recent Developments in Sexual Offender Assessment and Treatment" (Staff Training). Germaine Lawrence School, Arlington, Massachusetts, Jan. 1997.

"Prosecuting and Defending Child Sexual Abuse Cases" (Co-Presenter). Ballyvaughan Associates, Inc., Oct. 1995.

New Hampshire State Attorney General's Task Force on Child Sexual Abuse (Faculty Member). June 1995.

"Sexual Abuse and Harassment" (Faculty Member). New Hampshire Bar Association, April 1995.

"Time Limited Behavioral Family Intervention" (Presenter). New Hampshire Division of Children and Families, April 1995.

"False Allegations of Child Sexual Abuse" (Presenter). New England Psychological Association, April 1993.

"Case Managing the Sexual Offender," (Presenter). New Hampshire Division of Children, Youth and Families, Nov. 1991.

### Memberships & Offices

| | |
|---|---|
| 7/2007 to 7/2008 | President, New Hampshire Psychological Association |
| 11/2006 to 7/2007 | President-Elect, New Hampshire Psychological Association |
| 2001 to Present | Fellow, American Academy of Forensic Psychology |
| 2001 to 2002 | Member, Commission for the Development of a Statewide Protocol for Interviewing Victims of Sexual Assault Crimes |
| 2001 to Present | Member, American Board of Professional Psychology |
| 1988 to Present | Member, American Psychological Association |
| 1998 to 2002 | Member, Manchester Community Health Center Ethics Committee |
| 1993 to Present | Member, New England Psychological Association |
| 1996 to Present | Member, New Hampshire Psychological Association |
| 1997 to 1999 | Committee Chairman, New Hampshire Psychological Association, Professional Affairs |
| 1996-1997 | Member, Subcommittee on Child Abuse and Child Neglect, Task Force on Juvenile Justice |

# Eric G. Mart, Ph.D., ABPP

BOARD CERTIFIED FORENSIC PSYCHOLOGIST

Licensed Psychologist (NH & MA)
Licensed Psychologist-Doctorate (VT)

311 Highlander Way, Manchester, NH 03103
Tel. (603) 626-0966 | Fax (603) 622-7012
EMart@comcast.net | www.psychology-law.com

## COURT APPEARANCES & DEPOSITIONS, 1/1/2005 – 12/14/2011

| Date | Matter | Court |
|---|---|---|
| 1/7/05 | Paul Velardo vs. Sarah Ovitt | Franklin Co. Family Court, St. Albans, VT |
| 1/25/05 | Gendron v. Gendron | Hillsboro Co. Superior Court, North, Manchester, NH |
| 3/30/05 | United States v. Selvin Campo | Federal Court, Boston |
| 5/18/05 | Termination of Parent Rights (Name confidential) | Family Court, Greeley, NE |
| 5/23/05 | Lewis D. Mediros v. Rebecca H. Allen (Mediros) | Providence Family Court, Providence, RI |
| 6/6/05 | Paul Velardo vs. Sarah Ovitt | Franklin County Family Court, St. Albans, VT |
| 6/8/05 | Ronald Murray v. Hillsborough County et. al. | United States District Court, Concord, NH |
| 6/9/05 | Hokak v. Holak | Rockingham Superior Court, Family Division at Brentwood, NH |
| 6/27/05 | State v. Shirl Foster | Derry District Court, Derry, NH |
| 7/13/05 | Care and Protection Matter (Name confidential) | Third District Court, Cambridge, MA |
| 7/14/05 | Juvenile Petition (Name confidential) | Belknap Superior Court, Laconia, NH |
| 7/25/05 | State v. Timothy Perry | Nashua District Court, Nashua, NH |
| 7/28/05 | Simone J. Garczynski | Hillsboro Co. Superior Court, North, Manchester, NH |
| 8/9/05 | Dorothy Bonaccorso | Rockingham Probate Court, Brentwood, NH |
| 8/26/05 | State of NH vs. Robert Stebbins | Grafton Superior Court, North Haverhill, NH |
| 9/8/05 | State of Texas vs. Kimberly Sue Austin | Harris County District Court, Houston, TX |
| 9/26/05 | State of NH v. Brandon Fecteau | Strafford County Superior Court, Dover, NH |
| 10/3/05 | State v. Bonnie Paul | Merrimack County Superior Court |
| 10/5/05 | United States v. Charles Carrington | United States District Court, Boston, MA |
| 10/11/05 | Carl H Graf | Natick District Court, Natick, MA |
| 10/19/05 | State of NH v. Brandon Fecteau | Strafford County Superior Court, Dover, NH |
| 10/21/05 | State v. Ricardo Navarro | Rockingham Superior Court, Family Division, Brentwood, NH |
| 10/21/05 | United States v. Charles Carrington | United States District Court, Boston, MA |

*Eric G. Mart, Ph.D., ABPP—Court Appearances & Depositions*

| Date | Case | Court |
|---|---|---|
| 11/14/05 | State of NH v. Krystal A. Emerson | Strafford County Superior Court, Dover, NH |
| 11/16/05 | Jonathan McDowell | Nashua District Court, Nashua, NH |
| 11/29/05 | Jonathan McDowell | Nashua District Court, Nashua, NH |
| 12/13/05 | Juvenile Matter (Name confidential) (2005-C045;C047) | Strafford County Superior Court, Dover, NH |
| 12/14/05 | Juvenile Matter (Name confidential) (05-JV-00463) | Manchester District Court, Manchester, NH |
| 1/5/06 | Juvenile Matter (Name confidential) (CP04W0138) | Lawrence Juvenile Court, Lawrence, NH |
| 3/8/06 | Juvenile Matter (Name confidential) (05-JV-643-645) | Manchester District Court, Manchester, NH |
| 3/24/06 | Greg Mendolia | Hillsboro Co. Superior Court, South, Nashua, NH |
| 4/3/06 | Jean Nichols | Hillsboro Co. Superior Court, South, Nashua, NH |
| 4/4/06 | John Mucci | Lowell Superior Court, Lowell, MA |
| 4/18/06 | Siegel v. Misch (235-23-03 Wmdm) | Deposition, Law office of Thomas M. French, Brattleboro, VT |
| 4/20/06 | State v. Kirk Brown (05-S-0156-9; 0252) | Grafton Superior Court, North Haverhill, NH |
| 5/2/06 | Siegel v. Misch (235-23-03 Wmdm) | Windham Family Court, Brattleboro, VT |
| 5/9/06 | State v. Lawrence Lindemann, III (05-S-1073-1075; 2152; 2459) | Hillsboro Co. Superior Court, South, Nashua, NH |
| 5/10/06 | Peter P. Tobin | Merrimack County Superior Court, Concord, NH |
| 5/10/06 | State v. Lawrence Lindemann, III (05-S-1073-1075; 2152; 2459) | Hillsboro Co. Superior Court, South, Nashua, NH |
| 5/24/06 | Juvenile Matter (Name confidential) (05-JV-643-645) | Manchester District Court, Manchester, NH |
| 5/25/06 | James Cash | Plymouth County House of Correction, Plymouth, MA |
| 6/22/06 | Matthew Trippel | Durham District Court, Durham, NH |
| 7/25/06 | Greg Mendolia | Hillsboro Co. Superior Court, South, Nashua, NH |
| 7/28/06 | State v. Kirk Brown (05-S-0156-9; 0252) | Grafton Superior Court, North Haverhill, NH |
| 8/24/06 | Matthew Trippel | Durham District Court, Durham, NH |
| 9/13/06 | Juvenile Matter (Name confidential) | Derry Family Court, Derry, NH |
| 9/19/06 | Juvenile Matter (Name confidential) | Suffolk County Juvenile Court, Islip, NY |
| 9/25/06 | Juvenile Matter (Name confidential) | Brockton Juvenile Court, Brockton, MA |
| 10/13/06 | Juvenile Matter (Name confidential) | Strafford Probate Court, Dover, NH |

*Eric G. Mart, Ph.D., ABPP—Court Appearances & Depositions*   Page 3

| Date | Case | Court |
|---|---|---|
| 10/25/06 | Alfred Williams v. Commonwealth of Massachusetts (02-11347) | Sullivan County Superior Court, Boston, MA |
| 10/31/06 | Juvenile Matter (Name confidential) | Brockton Juvenile Court, Brockton, MA |
| 11/14/06 | State v. Samuel Arnold (2006-S-2004) | Grafton Superior Court, North Haverhill, NH |
| 12/8/06 | In the Matter of Kimberly Silva and George Tessier (06-M-0045) | Hillsborough County Superior Court, South, Nashua, NH |
| 12/20/06 | Shahrzad Bagheri v. Jon Andrews (06D-1292-DV1) | Essex Probate Court, Salem, MA |
| 12/21/06 | Juvenile Matter (Name confidential) | Brentwood Family Division, Kingston, NH |
| 1/7/07 | United States v. Shatney (05-CR-168-01-SM) | United States District Court, Concord, NH |
| 1/10/07 | Juvenile Matter (Name confidential) | Brockton Juvenile Court, Brockton, MA |
| 1/18/07 | Patricia Murdy v. Nashua School District | United States District Court, Concord, NH |
| 2/1/07 | In RE: Guardianship of Greg Schillinger (2006-0452) | Merrimack County Probate Court, Concord, NH |
| 2/2/07 | State v. Shawn Cochrane (02-S-073) | Grafton Superior Court, North Haverhill, NH |
| 2/5/07 | State v. William Decato (07-S-0021) | Merrimack County Probate Court, Concord, NH |
| 2/6/07 | State v. William Decato (07-S-0021) | Merrimack County Probate Court, Concord, NH |
| 3/5/07 | In RE: Guardianship of Greg Schillinger (2006-0452) | Merrimack County Probate Court, Concord, NH |
| 3/19/07 | State of NH v. Jessica Russell (06-CR-1817-1821) | Grafton Superior Court, North Haverhill, NH |
| 3/22/07 | United States v. Charles Carrington (05-CR-10074-PBS) | United States District Court, Boston, MA |
| 4/9/07 | United States v. Charles Carrington (05-CR-10074-PBS) | United States District Court, Boston, MA |
| 5/1/07 | United States v. Charles Carrington (05-CR-10074-PBS) | United States District Court, Boston, MA |
| 5/16/07 | Matthew D. Fitzpatrick | Deposition by Darla Sedgwick, Manchester, NH |
| 5/17/07 | State v. Jose Rodrighez | Hillsborough County Superior Court, North, Manchester, NH |
| 5/17/07 | State v. William Decato (07-S-0021) | Deposition by Mark A. Larsen, Esq., Manchester, NH |
| 6/13/07 | Juvenile Matter (Name confidential) (03 P 2576) | Trial Court of the Commonwealth of Mass. |
| 6/14/07 | William A. Ploof, Jr. | Hillsboro Co. Superior Court, North, Manchester, NH |
| 6/22/07 | Juvenile Matter (Name confidential) (2007-J-141, 142) | Brentwood Family Court, Kingston, NH |

*Eric G. Mart, Ph.D., ABPP—Court Appearances & Depositions*    *Page 4*

| Date | Matter | Court |
|---|---|---|
| 7/11/07 | Juvenile Matter (Name confidential) (2007-J-141, 142) | Brentwood Family Court, Kingston, NH |
| 7/13/07 | Juvenile Matter (Name confidential) (2007-J-141, 142) | Brentwood Family Court, Kingston, NH |
| 9/12/07 | Commonwealth v. John Martin (05-6390) | New Bedford District Court, New Bedford, MA |
| 9/18/07 | U.S. v. Jean Oriol (05 CR 220 01 SM) | United States District Court, Boston, MA |
| 10/9/07 | State v. Wayne Adair | Rockingham Superior Court, Kingston, NH |
| 10/17/07 | Juvenile Matter (Name confidential) | Commonwealth of Massachusetts Department Of Social Services, Attleboro, MA |
| 11/8/07 | Robert Gagnon | New Hampshire Department of Safety, Concord, NH |
| 11/15/07 | James Kelly v. Cynthia Della Pietro | Deposition by Jean Anne Kiewel, Esq., Brattleboro, VT |
| 11/19/07 | USA v. Prentice (1:06-CR-70-1) | United States District Court, Concord, NH |
| 11/26/07 | U.S. v. Jean Oriol (05 CR 220 01 SM) | United States District Court, Boston, MA |
| 12/3/07 | State v. Ralph Flodin (07-S-687; 07-S-0589-0597) | Strafford County Superior Court, Dover, NH |
| 12/5/07 | William A. Ploof, Jr. | Deposition by Mark A. Larsen, Nashua, NH |
| 1/11/08 | Albert Nita | Deposition by Lawrence Getman, Esq., Bedford, NH |
| 1/17/08 | State v. Jesse Page (06-S-1699) | Merrimack County Superior Court, Concord, NH |
| 2/1/08 | Claudia Cardasis Meringolo | Belknap County Superior Court, Marital Div., Laconia, NH |
| 2/6/08 | United States v. Charles Carrington (05-CR-10074-PBS) | United States District Court, Boston MA |
| 2/8/08 | Reno Demesmin | Belknap County Superior Court, Laconia, NH |
| 2/13/08 | State v. Jason Carignan (07-S-2140; 2141; 2142) | Hillsborough County Superior Court-North |
| 2/22/08 | Juvenile Matter (Name confidential) | Concord District Court |
| 3/4/08 | United States v. Charles Carrington (05-CR-10074-PBS) | United States District Court, Boston MA |
| 3/5/08 | United States v. Charles Carrington (05-CR-10074-PBS) | United States District Court, Boston MA |
| 3/10/08 | Juvenile Matter (Name confidential) | Derry Family Court |
| 3/13/08 | In the Matter of Jackie M. Frary and Clinton C. Frary (2006-M-0240) | Portsmouth Family Division |
| 3/19/08 | United States v. Charles Carrington (05-CR-10074-PBS) | United States District Court, Boston MA |
| 3/28/08 | In the Matter of Patricia Serra and Dominic Serra (00-M-1078) | Hillsborough County Superior Court--South |

*Eric G. Mart, Ph.D., ABPP—Court Appearances & Depositions*     Page 5

| Date | Case | Court |
|---|---|---|
| 4/8/08 | Guardianship of Paul T. Williams (2007-1033) | Merrimack Probate Court, Concord |
| 4/10/08 | State v. Scott Buchanan (04-CR-10308-10) | Concord District Court |
| 4/17/08 | State v. Travus Cooper (07-S-0301) | Grafton Superior Court |
| 5/6/08 | Juvenile Matter (Name confidential) | Brentwood Family Division |
| 5/14/08 | State v. Ralph Flodin (07-S-687; 07-S-0589-0597) | Strafford County Superior Court |
| 5/29/08 | State of NH v. Richard J. Mitchell, III (07-S-1209-1214) | Rockingham Superior Court |
| 9/23/08 | State v. Claudia Meringolo (07-S-560 & 700) | Grafton Superior Court |
| 10/6/08 | Juvenile Matter (Name confidential) | Hillsborough County Probate Court |
| 10/8/08 | In the Matter of Paul Porter and Robin Porter (2003-M-190) | Brentwood Family Division |
| 11/5/08 | Juvenile Matter (Name confidential) | Merrimack County Probate Court |
| 11/18/08 | In the Matter of Richard W. Miller, II & Kimberlee Miller (670-2008-DM-00376) | Portsmouth Family Court |
| 11/24/08 | State of NH v. Theresa Bergeron (07-S-265; 274-5; 2156) | Hillsborough County Superior Court--South |
| 12/22/08 | In the Matter of Joyce E. Hutchins & Wayne E. Hutchins (217-2004-DM-00174) | Hooksett Family Division |
| 1/6/09 | In the Matter of Joyce E. Hutchins & Wayne E. Hutchins (217-2004-DM-00174) | Hooksett Family Division |
| 1/9/09 | Alfred Williams v. Commonwealth of Massachusetts (02-11347) | Suffolk County Superior Court |
| 1/23/09 | In the Matter of Paul Porter and Robin Porter (2003-M-190) | Brentwood Family Division |
| 1/27/09 | State v. Amato John Russo (06-S-733-734) | Hillsborough County Superior Court-North |
| 2/6/09 | Donna Rosenfeld vs. McNeil & Goldberg (00694/04) | Supreme Court of the State of New York |
| 3/5/09 | State v. William Ploof (07-E-238) | Hillsborough County Superior Court-North |
| 3/11/09 | In the Matter of heather McDuffee and Aaron J. McDuffee (637-2007-DM-00089) | Franklin Family Division |
| 3/25/09 | Juvenile Matter (Name confidential) | Orleans Juvenile Court, MA |
| 4/13/09 | Patricia Martin v. Michael Martin (629-2007-DM-105) | Concord Family Division |
| 4/17/09 | Juvenile Matter (Name confidential) | Brentwood Family Division |
| 4/20/09 | State v. Jessica Provencal | Hillsborough County Superior Court--South |

*Eric G. Mart, Ph.D., ABPP—Court Appearances & Depositions*　　　　　　　　　　　　　　　Page 6

| Date | Matter | Court |
|---|---|---|
| 4/22/09 | Juvenile Matter (Name confidential) - Telephonic testimony | Franklin/Hampshire Juvenile Court, Hadley, MA |
| 4/24/09 | Michael Whitaker v. State of NH, Dept. of Corrections | Dept. Of Labor, Concord, NH |
| 5/1/09 | Juvenile Matter (Name confidential) - Telephonic testimony | Franklin/Hampshire Juvenile Court, Hadley, MA |
| 5/5/09 | State v. Timothy Doucette | Strafford County Superior Court |
| 5/28/09 | State v. William Ploof (07-E-238) | Hillsborough County Superior Court--North |
| 6/2/09 | State of NH v. William Sullivan (03S1635-1637) | Hillsborough County Superior Court--South |
| 6/3/09 | State of NH v. William Sullivan (03S1635-1637) | Hillsborough County Superior Court--South |
| 6/8/09 | State v. Kellogg-Roe (08-S-490-5) | Hillsborough County Superior Court--South |
| 6/25/09 | DeSantis v. Pegues | Washington Family Court, Vermont |
| 6/29/09 | State v. Michael Moncada (07-S-375-8, 2943; 08-S-156-167) | Hillsborough County Superior Court--North |
| 6/30/09 | State v. Michael Moncada (07-S-375-8, 2943; 08-S-156-167) | Hillsborough County Superior Court--North |
| 8/25/09 | In the Matter of Mary Galatis & Dean Galatis | Concord Family Division |
| 9/11/09 | In the Matter of Scott Gingras and Heather Nichols (06-M-0881) | Hillsborough County Superior Court--North |
| 9/16/09 | SORB Hearing (Name Confidential) | Sexual Offender Registry Board (SORB), MA |
| 9/23/09 | State of Maine v. Richard Dalli (CR-08-2131) | York County Superior Court, ME |
| 10/19/09 | State of NH v. Rebecca McGuire (08-CR-2263 - 08-CR-2265) | Hillsborough County Superior Court-North |
| 10/28/09 | In the Matter of Ellen Callif and Michael Callif (02-M-906) | Hillsborough County Superior Court--North |
| 11/4/09 | John M. DiGaetano v. Lynne Bell, et al. (08-0140) | Rockingham Probate Court |
| 11/10/09 | State of NH v. Daniel Feeley (438-2009-CR-01137) | Goffstown District Court |
| 11/20/09 | State of NH v. Benjamin Ayala (07-S-2859-0333; 08-S-313-333; 09-S-262-270) | Rockingham Superior Court |
| 12/8/09 | State v. Joshua White (07-S-0585;0586) | Merrimack County Superior Court |
| 12/16/09 | U.S. v. Gene Labrie (09-CR-58-01-JL) | United States District Court, Concord, NH |
| 2/1/10 | State v. Richard Cate | Rockingham Superior Court |
| 2/3/10 | State v. Filip Thurston (08-S-1026) | Merrimack County Superior Court |

*Eric G. Mart, Ph.D., ABPP—Court Appearances & Depositions*                                                  Page 7

| Date | Matter | Court |
|---|---|---|
| 2/22/10 | Juvenile Matter (Name confidential) | Bristol County Juvenile Court |
| 2/23/10 | Cory Wragg | Grafton County Superior Court |
| 3/8/10 | State v. Louise Hamilton (09-S-384; 09S-1202-1205) | Rockingham Superior Court |
| 3/22/10 | Custody Matter (Name confidential) | Rutland Family Court, VT |
| 3/30/10 | George Daaboul | Salem, MA |
| 4/30/10 | Juvenile Matter (Name confidential) | Bristol County Juvenile Court, MA |
| 5/4/10 | State v. Ryan Freeman (09-S-0053; 0054) | Hillsborough County Superior Court--North |
| 5/4/10 | Guardianship Matter (312-2010-GI-00103)--Telephonic testimony | Carroll County Probate Court |
| 5/26/10 | Custody Matter (Name confidential) | Brentwood Family Division |
| 6/3/10 | State v. Jeffrey Ramos (09-S-1647 - 1650) | Hillsborough County Superior Court--South |
| 6/14/10 | Juvenile Matter (Name confidential) | Laconia District Court |
| 6/28/10 | Juvenile Matter (Name confidential) | Bristol County Juvenile Court |
| 6/29/10 | Juvenile Matter (Name confidential) | Franklin/Hampshire Juvenile Court |
| 7/1/10 | State v. Anthony Davidson (09-S-578-582) | Cheshire County Superior Court |
| 10/12/10 | Commonwealth v. Joseph Mendes (BRCR2010-266) | Bristol County Superior Court, MA |
| 10/18/10 | State v. Frank Noe (450-2010-CR-00045) | Laconia District Court |
| 11/8/10 | Commonwealth v. Joseph Mendes (BRCR2010-266) | Bristol County Superior Court, MA |
| 12/17/10 | Hampers v. Hampers | Sullivan Co. Superior Court, Clairmont Family Division |
| 1/19/11 | Commonweath v. Kelly O'Brien (BRCR2009-1219) | Bristol County Superior Court, MA |
| 2/21/11 | John Doe v. Florida Youth Soccer Association and Rocco Pecora (Video/telephonic deposition) | Hillsborough County Circuit Court, Thirteenth Judicial Circuit, Florida Civil Division |
| 2/22/11 | Brown v. Brown | Rockingham County Family Division, Brentwood, NH |
| 5/17/11 | Damary Delacruz v. Flo-Pro, Inc. and Gene Wilson | McLane, Graf, Raulerson & Middleton, Manchester, NH |
| 5/20/11 | Brown v. Brown | Rockingham County Family Division, Brentwood, NH |
| 6/14/11 | Civil Commitment of Walter Bodwell | Strafford County Probate Division, Dover, NH |
| 8/29/11 | State of New Hampshire v. Robert Oxley | Hillsborough County Superior Court South, Nashua NH |
| 10/19/11 | State of New Hampshire v. Chelsea Malonson (10-CR-4728; 4410) (Court appearance) | Concord District Court, Concord NH |

05/08/2012 11:12 FAX  6032846000        JOHNSON LAW OFFICE                    ☑018/018

*Eric G. Mart, Ph.D., ABPP—Court Appearances & Depositions*                                              *Page 8*

| Date | Case | Court |
|---|---|---|
| 10/26/11 | Carole Gannon, Executor of the Estate of Albert G. Hindle, et al. v. Ruth Palmer (Deposition) | Strafford County Probate Court, Dover NH |
| 11/1/11 | Carole Gannon, Executor of the Estate of Albert G. Hindle, et al. v. Ruth Palmer (Court appearance) | Strafford County Probate Court, Dover NH |
| 11/2/11 | Juvenile Matter (Name confidential) (J-35787) (Telephonic testimony) | Butte County Superior Court, Juvenile Div., Chico, CA |