UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*********************************************

| | |
|---|---|
| Estate of Michele M Walker et al, | * |
|     Plaintiff | * |
| | * |
|     v. | * |
| | *    Civil Action No. 1:11-cv-421-PB |
| State of New Hampshire – Administrative | * |
| Office of the Courts and State of New | * |
| Hampshire – NH Second Circuit Littleton | * |
| District Court – Administrative Office of the | * |
| Courts | * |
| | * |
|     Defendants | * |
| | * |
| | * |

*********************************************

<u>DEFENDANTS' ADDENDUM TO ITS MOTION TO EXCLUDE EXPERT TESTIMONY
OF PSYCHOLOGIST ERIC G. MART</u>

       NOW COME the Defendants, State of New Hampshire – Administrative Office of the

Courts and State of New Hampshire – NH Second Circuit Littleton District Division –

Administrative Office of the Courts (hereinafter collectively referred to as "AOC"), by and

through their counsel, the Office of the Attorney General, and in accordance with LR 7.1, states

as follows:

       1.     Plaintiff has retained forensic psychologist, Dr. Eric G. Mart ("Dr. Mart"), to

serve as an expert medical witness.

       2.     On Friday, February 15, 2013, the AOC filed a motion to exclude the expert

testimony of Dr. Mart.

       3.     Plaintiff's counsel does not assent to the Motion to Exclude Expert Testimony.

Respectfully submitted,

State of New Hampshire – Administrative Office of
the Courts and State of New Hampshire – NH
Second Circuit Littleton District Court –
Administrative Office of the Courts

By their attorneys,

Michael A. Delaney
Attorney General

Date: February 27, 2013          /s/ Lisa M. English
                                 Lisa M. English (NH Bar # 20166)
                                 Assistant Attorney General
                                 Mary Ann Dempsey (NH Bar # 13123)
                                 Senior Assistant Attorney General
                                 NH Department of Justice
                                 33 Capitol Street
                                 Concord, New Hampshire 03301-6397
                                 (603) 271-3675

## Certificate of Service

I hereby certify that a copy of the foregoing was electronically served this date on
February 27, 2013.

/s/ Lisa M. English

870380