UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Charles E. Walker, Administrator
Of the Estate of Michele M. Walker

      v.                      Civil No. 11-cv-421-PB

N.H. Administrative Office of
the Courts, et al.

O R D E R

On today's date, a status conference was held.   Attorney Leslie H. Johnson appeared for plaintiff, and Attorneys Mary Ann Dempsey and Francis Fredericks appeared for defendants.

Consistent with matters discussed during the status conference, the court issues the following scheduling order:

| Scheduling Designation | Deadline |
|---|---|
| Completion of Discovery | March 28, 2013 |
| Objection to Motion for Summary Judgment | April 15, 2013 |
| Trial | Two-week period beginning July 8, 2013 |

The parties concurred with respect to each of the aforementioned deadlines.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

March 6, 2013
cc:  Leslie H. Johnson, Esq.
     Mary Ann Dempsey, Esq.