UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Estate of Michele M. Walker ) | |
| ) | |
| v. ) | Civil Action # 11-CV-421-PB |
| ) | |
| New Hampshire Administrative Offices of ) | |
| the Courts, et al. ) | |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND
DEADLINE TO FILE OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, Estate of Michele M. Walker, by and through its attorney, Law Office of Leslie H. Johnson, PLLC, and files Plaintiff's Assented-To Motion To Extend Deadline To File Objection To Motion For Summary Judgment, and in support therefore, respectfully states as follows:

1. Plaintiff's Objection to Motion For Summary Judgment (DN 17) is due today, April 15, 2013.

2. Plaintiff's counsel's husband was involved in a motorcycle accident on April 14, 2013 and is undergoing surgery today (April 15, 2013) for a fractured ankle, and expected to be in the hospital through Wednesday.

3. Due to same, Plaintiff's counsel has been unable to finish drafting Plaintiff's Objection and requests an extension to Friday, April 19, 2013.

4. Defendant's counsel has assented to this extension, which Plaintiff's counsel greatly appreciates.

5. Trial in this matter is presently scheduled for the trial period beginning July 9, 2013 and will not be impacted by this short extension.

6. No memorandum of law is necessary as the granting of this motion is within the Court's discretion.

WHEREFORE, Plaintiff, respectfully requests this Honorable Court:

A.  Grant Plaintiff until April 19, 2013 to file its Objection to Defendant's Motion For Summary Judgment;

B.  Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,
**ESTATE OF MICHELE M. WALKER**, Plaintiff
By its attorney,

Date: April 15, 2013     By:     /s/     LESLIE H. JOHNSON
Leslie H. Johnson, Esquire, NH #5545
LAW OFFICE OF LESLIE H. JOHNSON, PLLC
PO Box 265
Ctr Sandwich NH 03227
603.284.6600
leslie@lesliejohnsonlaw.com

### CERTIFICATION

I hereby certify that on this 15th day of April 2013, copy of this Motion was electronically served through ECF on the following counsel: Mary Ann Dempsey, Esquire, Counsel for Defendants.

/s/     LESLIE H. JOHNSON
Leslie H. Johnson, Esquire