

Ex 7

Northeast Kingdom Human Services, Inc.

Eric T. Grims
Executive Director

**Providing Community-Based Behavioral Health, Substance Abuse and Developmental Services**

154 Duchess Ave.
P.O. Box 724
Newport, VT
05855-0724
Phone
802-334-6744
Fax
802-334-7455

2225 Portland St.
P.O. Box 368
St. Johnsbury, VT
05819-0368
Phone
802-748-3181
Fax
-748-0704

55 Seymour Lane
Newport, VT 05855
Phone 802-334-5246
Fax 802-334-1093

www.nkhs.net

March 3, 2010

Attorney Rose Culver
18 North Main Street
Suite #301
Concord, NH  03301

FAX:  1-866-496-0498

To Whom it May Concern:

    Michelle Walker, DOB 10/19/62, is a client of Northeast Kingdom Human Services. She has been diagnosed with PTSD (Posttraumatic stress disorder) and has symptoms of anxiety and depression. She sees a psychiatric nurse practitioner and psychotherapist on a regular basis for these symptoms. She is taking daily psychotropic medications, but continues to report symptoms of anxiety and depression.

    Due to these ongoing symptoms, she will not be returning to work at this time, and will not be able to attend any more interviews or investigations at this time. Both previous interviews have unfortunately only exacerbated her symptoms of PTSD, anxiety and depression.

    Thank you for your understanding in this matter.

Sincerely,

Carey Brodzinski
FNP-C MSN APRN



United Way
what matters.
Green Mountain
United Way