Fm:MyFax - Rose M. Culver, Esq. To:Julie Moore (19786838027)        11:38 04/27/10GMT-04 Pg 01-02



Ex 9

# LAW OFFICE OF ROSE M. CULVER
18 NORTH MAIN STREET
SUITE 301
CONCORD, NH 03301

ATTORNEYROSE@COMCAST.NET

PHONE: (603)415-7673
FAX: (866)496-0498

April 26, 2010

Julie A. Moore, Esq.
Employment Practices Group
93 Sherwood Drive, Suite 201
North Andover, MA 01845

VIA ELECTRONIC AND US MAIL

Re: Michele Walker/Littleton District Court

Dear Julie:

    I am writing to inform you that Michele Walker is unable to attend the meeting on Thursday, April 29th at the Plymouth District Court.

    The stress due to the uncertainty of how this investigation is going to be resolved has taken a toll on my client. Additionally, with the last two postponements of her final interview occurring on March 22nd and April 12th, the pressure of knowing that once this investigation is over and Michele returns to work, if she is even allowed to return to work, she will no longer have any sick leave, vacation time, or administrative leave. Michele's intention was to return to the Littleton District Court on December 8, 2009, nearly five months ago. She has been effectively barred from returning to the court, from continuing to perform her duties, and from developing her professional career as she has for thirteen years as a clerk of court. Yet she has been the one who has paid the price. This is the consequence for Michele trying to do the right thing by complaining about hostile conditions in the workplace.

    This has not been a "full and *fair* investigation" as promised by the N.H. Judicial Branch's Anti-Discrimination Policy, where Michele is given the same opportunity to go on with her life as her colleagues in the court have. While it may appear on its face that Michele has been afforded an extended vacation, this is not the case. These last few months have been very stressful for her certainly due to the fact that she has had to sequester herself, for lack of a better term, from all of her colleagues for the duration of this investigation. She has not enjoyed the interaction of her associates as she is accustomed to, and has had to set aside a number of her community ties for the time being.

    Most injurious to Michele have been the interviews with Christine Howe and you (and the delays) where she experienced hostility and accusations of her own misbehavior. The interviews have been so incredibly stressful and traumatic for my client that she has had to suffer

000004

AOC 001052

MAY 11 2010

from the negative ramifications. The improvements that she had seen in her health have not only been eliminated, but she has been pushed down even farther. For example, Mrs. Walker was so severely distressed by the screaming that occurred on the court's behalf at the end of last session that it took her weeks to recover from it.

It is reprehensible that an investigation such as this should have such an impact on a complainant. Where Mrs. Walker was fully prepared to return to work on December 8, 2009, she has now reached the point almost five months later that she is taking a "cocktail" of drugs just to cope with the stress of some "final" interview that has been planned and delayed a countless number of times due to a variety of excuses. It must be said that had the court had treated her with respect and dignity during this process, Michele wouldn't be in the place she is in right now.

I would like clarification as to why Michele is no longer receiving the benefit of a paid leave of absence as promised by your letter dated December 15th, 2009.

Michele is more than willing to answer any questions telephonically or in writing.

Thank you.

Regards,

Rose M. Culver, Esq.

cc:  Mrs. Michele Walker

000005

AOC 001053