STATE OF NEW HAMPSHIRE

JUDICIAL BRANCH

Confidential

Transcript of Michele Walker Interview

Tuesday, January 12, 2010

Plymouth District Court

Christine Howe, Esq.,

Human Resources Manager, State of Vermont

---

We are being recorded right now. My name is Christine Howe. Today is January 12, 2009 at approximately 10 after 10 in the morning. I am joined by Michele Walker.

| | |
|---|---|
| Ms. Howe: | Hello Michele. |
| Mrs. Walker: | Hello. |
| Ms. Howe: | And you understand that this conversation is being recorded. |
| Mrs. Walker: | Yes. |
| Ms. Howe: | Mrs. Walker is also accompanied by her legal counsel Ms. Rose Culver. Hello Rose. |
| Attorney Culver: | Hi. |
| Ms. Howe: | Also present is Yvonne McAllister from the Office of the Court Administrator. Hello Yvonne. |
| Yvonne McAllister: | Good morning. |

1

| | |
|---|---|
| Mrs. Walker: | It could be. I don't know. I didn't have many conversations. |
| Ms. Howe: | Okay. And I am wondering if in your 24-page statement that we have here today, do you reference any telephone calls that you had with Michelle Brown to support your (inaudible). |
| Mrs. Walker: | (Inaudible). |
| Ms. Howe: | Okay. And do you have notes of any of those telephone conversations? |
| Mrs. Walker: | I do not (inaudible). |
| Ms. Howe: | I understand that you do not have a note of the telephone conversation (interrupted by Mrs. Walker). |
| Mrs. Walker: | I may have written down when I talked to her (inaudible). |
| Ms. Howe: | At other times? |
| Mrs. Walker: | No, that day. Are we talking about that day? |
| Ms. Howe: | No, we're not talking about that day anymore. Okay, let's try this again. |
| Mrs. Walker: | Okay. |
| Ms. Howe: | Here's where you went out on medical leave on August (inaudible). A week prior, a little bit of a week prior on August 12, you had a conversation with Michelle Brown about (interrupted by Mrs. Walker). |

42

| | |
|---|---|
| Ms. Howe: | And I guess the only way to determine what you do or don't have is to do that (inaudible). Okay. Thank you. |
| Ms. Howe: | Okay so let's look at your November 9 letter that was sent to Paula Hurley. Okay let's go to the second page, second paragraph. It says in the first sentence that the hostile work environment that I was subjected to had a sexual component to it. Tell me about that. |
| Attorney Culver: | (Inaudible). |
| Mrs. Walker: | (Inaudible). |
| Ms. Howe: | If she needs to but if you can answer without it. |
| Mrs. Walker: | Is this about Michelle Brown and Lisa Towle and how they were in sexual conversations? |
| Ms. Howe: | Only you know for sure. |
| Mrs. Walker: | (Inaudible). |
| Ms. Howe: | Okay so you're looking at your notes. (Pause) Just for the record, what we are looking at right now is the first sentence is that the hostile work environment had a sexual component to it. Was this something that happened on a daily basis? |
| Mrs. Walker: | They talked about it a lot. (Inaudible). |
| Ms. Howe: | Let's see if we can break this into smaller pieces (interrupted by Mrs. Walker). |

55

| | |
|---|---|
| Mrs. Walker: | Well, what I can do is (inaudible). |
| Ms. Howe: | Okay, parties that they went to? |
| Mrs. Walker: | Yes, and it was Michelle (inaudible). |
| Ms. Howe: | So Lisa Gilman and (interrupted by Mrs. Walker). |
| Mrs. Walker: | No, Lisa Towle. |
| Ms. Howe: | I'm sorry. Lisa Towle and Lyn Gilman would talk about parties at Jalyn's (sp?) house. And these parties involved sex? |
| Mrs. Walker: | (Inaudible). |
| Ms. Howe: | And (pause) |
| Mrs. Walker: | Lyn would have (inaudible). |
| Ms. Howe: | Lyn Gilman would discuss that? |
| Mrs. Walker: | Yes. |
| Ms. Howe: | Who would she discuss that with? |
| Mrs. Walker: | (Inaudible). |
| Ms. Howe: | Does Lyn Gilman ever discuss that with you? |
| Mrs. Walker: | Yes, openly she would be standing there talking about they went to Jaylyn's over the weekend (inaudible) and they would have parties. And one day she actually (inaudible) a picture of Jaylyn and showed Brenda and myself (inaudible) and introduced her as her sleeping buddy. And that's when I |

56

| | |
|---|---|
| Ms. Howe: | So, um as the calendar book 2008, we don't know where it is, it didn't form the basis for any of your statements in the 24 page statement that you prepared? You're shaking your head now and we're just on tape recording, we don't (interrupted by Mrs. Walker). |
| Mrs. Walker: | I know that's why I'm so nervous. |
| Ms. Howe: | Okay. |
| Attorney Culver: | Can I just ask a follow-up question and have her tell what Pam's response was (inaudible). |
| Ms. Howe: | Sure. How did Pam respond? |
| Mrs. Walker: | Not good. |
| Ms. Howe: | What did she say? |
| Mrs. Walker: | (Inaudible) she was shocked. And she also told me (inaudible) this is serious, serious allegations. And I said, "I know." (Inaudible). |
| Ms. Howe: | Well, I have a quick question. At the time that you reported it to Pam, had anyone started to invite you to these group sex parties? |
| Mrs. Walker: | Yes. This is what happened. She told me that they (inaudible). I shouldn't repeat it and I said, "why not?" (Inaudible) leaking to the outside and (inaudible) and in a nutshell she was saying that it was all family division |

Mrs. Walker: Okay.

Ms. Howe: Okay. So then we can move on to other court matters (interrupted by Mrs. Walker).

Mrs. Walker: One thing that I need to clarify is (inaudible). What I meant by that was one time that I reported that it was reported outside of the court, I have reported other issues (inaudible).

Ms. Howe: I guess I don't understand.

Mrs. Walker: I had said that I only reported it once to her (interrupted by Ms. Howe).

Ms. Howe: Okay.

Mrs. Walker: (inaudible) supervisor about sexual harassment. There are other times I have reported to her.

Ms. Howe: Other kinds of stuff or other kinds of sexual harassment complaints?

Mrs. Walker: Other sexual harassment complaints as well.

Ms. Howe: Okay. So (pause).

Mrs. Walker: On more than one occasion it what I'm trying to say.

Ms. Howe: Okay. And were those occasions before and/or after the conversation where she said if the two of you report that, people would think you're crazy?

Mrs. Walker: Some of them may have been before. Yes.

64

| | |
|---|---|
| Ms. Howe: | Oh, it was her handheld phone? |
| Mrs. Walker: | Yes, it was. Lyn announced. I'm sorry; Lisa announced I've got better pictures on Face book (inaudible). |
| Ms. Howe: | So, did Lisa Towle have pictures on her Face book showing her at parties with Lyn Gilman? Some (inaudible)? |
| Mrs. Walker: | I don't know if there (inaudible). |
| Ms. Howe: | What (inaudible and interrupted by Mrs. Walker). |
| Mrs. Walker: | Pointing out a picture of Jaylyn. |
| Ms. Howe: | (Inaudible) shot of someone named Jaylyn? And Lisa Towle also had a picture of Jaylyn on her Face book page? |
| Mrs. Walker: | (Inaudible). |
| Ms. Howe: | You said that they would get dressed up for the parties. Did they ever tell you how they would get dressed up? |
| Mrs. Walker: | Yea, they said they would just dress up in nice dresses and (inaudible). |
| Ms. Howe: | And was it Lyn Gilman who was reporting this to you? |
| Mrs. Walker: | Yes. |
| Ms. Howe: | Did Lisa Towle also report this to you? |
| Mrs. Walker: | Lisa would kind of rave about how men looked (inaudible). |
| Ms. Howe: | Um, was Lisa Towle getting dressed up and going out with (inaudible) as well? |
| Mrs. Walker: | (Inaudible). |

90