

Ex 13

STATE OF NEW HAMPSHIRE

JUDICIAL BRANCH

Confidential

Transcript of Michelle Walker Interview

Friday, February 5, 2010

Plymouth District Court

Christine Howe, Esq.,

Human Resources Manager, State of Vermont

| | |
|---|---|
| Ms. Howe: | Today is Friday, February 5, 2010. This is Christine Howe. Good morning everyone. |
| Everyone: | Good morning. |
| Ms. Howe: | And everyone here understands that our conversation right now is being recorded and I have here with me Mrs. Michele Walker and with her is her legal counsel, Attorney Rose Culver. |
| Attorney Culver: | Good morning. |
| Ms. Howe: | Good morning. Also present in the room is Yvonne McAllister from the Office of the Court Administrator of New Hampshire. |
| Ms. McAllister: | Good morning. |
| Ms. Howe: | And Julie Moore, who is legal counsel for the Court Administrator's Office. |

| | |
|---|---|
| Mrs. Walker: | Hm hm. That is it. |
| Ms. Howe: | Okay. Thank you. Did everyone else get that. So at the bottom of page seven, says, "Made me feel like I was on trial and didn't trust her." |
| Mrs. Walker: | Hm hm. |
| Ms. Howe: | On page 8 says, "I reported it all the time." |
| Mrs. Walker: | Hm hm. |
| Ms. Howe: | On page 9 I said, "At this point I must." |
| Mrs. Walker: | Hm hm. |
| Ms. Howe: | On page 10, "Unannounced admin to hang out for the day and visit." |
| Mrs. Walker: | Hm hm. |
| Ms. Howe: | Page 11 say, "I am just hanging out" and there is a little side note that says, does it say When I reached out? (inaudible) lower right hand corner? |
| Mrs. Walker: | I don't have that. That must be the one that is at the beginning. |
| Ms. Howe: | That is. |
| Mrs. Walker: | Okay. |
| Ms. Howe: | No. 11. |
| Mrs. Walker: | And then this is last. |

| | |
|---|---|
| Ms. Howe: | So No. 11 at the top of this packet. Next page. This little note in the corner says, "When I reached out?" |
| Mrs. Walker: | Yes. And then that is the last? |
| Ms. Howe: | This is the last. (Inaudible) "I told Paula I should have recorded it and we would both know." I told Paula? |
| Mrs. Walker: | Hm hm. |
| Ms. Howe: | Not Paul? |
| Mrs. Walker: | No Paula. |
| Ms. Howe: | Okay. When you told her that you should have recorded it, what were you referring to? |
| Mrs. Walker: | I asked her to record it in the beginning and she said no. |
| Ms. Howe: | You mean your conversation with her? Do we need to sort out any other notes? Terrific. All right. |
| Mrs. Walker: | The only other thing I want to, it is in the statement anyways. |
| Ms. Howe: | Yes. |
| Mrs. Walker: | But um there is a couple of things that I just want to emphasize that I did always talk to Pam. |
| Ms. Howe: | Pam Kozlowski? |
| Mrs. Walker: | Yes. And it is in the statement and I told her a lot of my concerns and the sexual relationships and what was going on at the court and what I was subject to and she always |

| | |
|---|---|
| Ms. Howe: | So she would call you back sometimes too? |
| Mrs. Walker: | Oh yes. She was trying to help me get through it because she knew I was in panic mode and I trusted her. |
| Ms. Howe: | I believe the last time we talked you stated that you started to have concerns about this in January of 2009? Am I remembering that correctly? |
| Mrs. Walker: | '08 is when it all started. |
| Ms. Howe: | In 2008? |
| Mrs. Walker: | Hm hm. |
| Ms. Howe: | And at that time you started sharing your concerns with Pam about what was going on? |
| Mrs. Walker: | I always shared everything with Pam. |
| Ms. Howe: | And so. |
| Mrs. Walker: | And there is a lot of information in here about it. |
| Ms. Howe: | In the 24 page thing? Okay. And I believe last time you said it was pretty regular conversations that you had with her about that? |
| Mrs. Walker: | Yes. And then on page 2 with this, I don't know why I put April because I wasn't sure of the date, it is definitely January. I've said that twice so I know that it is January. So I don't know why it says April. |
| Ms. Howe: | Private meeting with Judge Kelly? |

58

AOC 004444

|  |  |
|---|---|
|  | told me that to be careful with it because they would say I was crazy and she was crazy and so because they are Family Division employees it was up to them to fix it. That they were Gina's girls so. |
| Ms. Howe: | And we did talk about that a little bit. |
| Mrs. Walker: | I just wanted to reemphasize on that. |
| Ms. Howe: | And I believe that part of the documents that were exchanged since our last meeting were some copies of some phone records that you provided. |
| Mrs. Walker: | That's right. |
| Ms. Howe: | And I am wondering when you, am I remembering this correctly, your conversations with Pam Kozlowski that you would have these conversations after hours? |
| Mrs. Walker: | Yes. |
| Ms. Howe: | And did you call her on her cell phone or on her home phone when you were having these conversations about your ongoing concerns about the environment? You would call her (inaudible). |
| Mrs. Walker: | Like if she was busy making dinner for her girls she would say I will call you back and she would call me back. So it would be her records that you would have to get not mine because it is not going to show. |

| | |
|---|---|
| Mrs. Walker: | It was in January of '08. |
| Ms. Howe: | So if you wouldn't mind terribly, just on my copy can you just make that correction and then initial it for me. |
| Mrs. Walker: | Because I did say it was questionable but I know it is January. |
| Ms. Howe: | And if you wouldn't mind just initialing that that would be great. |
| Mrs. Walker: | Hm hm. |
| Ms. Howe: | Any other corrections that you think need to be made? |
| Mrs. Walker: | I don't think so. |
| Ms. Howe: | I would like to touch on a couple of issues that were raised in your Human Rights Commission complaint that was filed on January 28th. |
| Attorney Culver: | I don't think we should address that. |
| Ms. Howe: | Well. Okay. Can I ask the question though and then you can decide if you want your client to answer or not? |
| Attorney Culver: | Okay. Sure. |
| Mrs. Walker: | I'm not going to. I don't think it is in my best interests to do that. |
| Attorney Culver: | Well lets just see. We will hear the question and then . . . |
| Ms. Howe: | I can ask the question you can consult and then let me know what you would like to do. That's fine. Your initial letter in |

| | |
|---|---|
| Mrs. Walker: | That is my answer to the question. |
| Ms. Howe: | Okay. But I just want to make sure I understand your answer. Because you have said this a couple of times. You feel like people just haven't, you haven't been communicated with. |
| Mrs. Walker: | At all. |
| Ms. Howe: | At all. And you attribute that to being retaliated against because of your complaint. |
| Mrs. Walker: | I had lots of complaints and then I filed a sexual harassment complaint and then I don't know how much more I could have done to reach out for help. |
| Ms. Howe: | Is it your belief that Paula Hurley has retaliated against you for your complaint activity? |
| Mrs. Walker: | Yes. |
| Ms. Howe: | And what specifically has she done that you consider to be retaliatory? |
| Mrs. Walker: | It is all in my statement but she was very firm with me and said do what you have to do but all you've is a story and that's that. |
| Ms. Howe: | So what happened that led you to feel that Paula is retaliating against you is in your 24 page statement? |
| Mrs. Walker: | Yes. It is. |

| | |
|---|---|
| Mrs. Walker: | No. It was an on going issue of me getting back to work. I have been trying to get back to work for a long time. |
| Ms. Howe: | Since when, October? |
| Mrs. Walker: | Whatever the records say. |
| Ms. Howe: | So since last Fall? |
| Mrs. Walker: | Hm hm. |
| Ms. Howe: | And since the time that you made your complaint of November 9, 2009? |
| Mrs. Walker: | Yes. |
| Ms. Howe: | Okay. And (inaudible) because you have not been allowed to come back to work that that is a form of retaliation? |
| Mrs. Walker: | Yes. I can do the job. I don't know why I can't come back to work. |
| Ms. Howe: | Well. I was curious, I was curious to know what you would hope would come of this. It sounds like you want to be able to go back to work. |
| Mrs. Walker: | We will see what happens. At this point, we will see what happens. That you decide. |
| Ms. Howe: | I don't decide. I am asking you if you could, what are you hoping . . . |
| Mrs. Walker: | That I would be able to work in a good environment. That is what I would like. |

| | |
|---|---|
| Ms. Howe: | So you would like to come back to work? |
| Mrs. Walker: | And work in a good environment that it used to be. |
| Ms. Howe: | And how would you describe what a good environment is? |
| Mrs. Walker: | Team effort. Everybody getting along and no hostility, no retaliation, no yelling, no screaming. I don't think it would have ever gotten to that point if something would have been taken care of. |
| Ms. Howe: | Okay. I was also curious if you could help me understand how you believe that your gender has been a factor involving harassment, discrimination and retaliation? |
| Mrs. Walker: | Do I have to answer that. |
| Ms. Howe: | Rose is shaking her head no. |
| Mrs. Walker: | I don't want to answer that right now. This is something new so that will come out later. |
| Ms. Howe: | Okay. But is your 24 page document and statement is that were we would find information about your claims of gender discrimination? |
| Mrs. Walker: | Not necessarily. Some of it maybe. I really can't answer the question. I am sorry. |
| Ms. Howe: | And again, just for the record, and its not to feel like you have to answer I am just saying. . . |
| Mrs. Walker: | I don't want to answer the question. |

| | |
|---|---|
| Ms. Howe: | At this time, Mrs. Walker is declining to answer the question about information that leads her to believe that she has been discriminated against on the basis of her gender. Correct? You are shaking your head yes. |
| Mrs. Walker: | Yes. |
| Ms. Howe: | Thank you. |
| Mrs. Walker: | I said it three times. |
| Ms. Howe: | And again the statement in number 8 talks about sexual orientation (heterosexual). |
| Mrs. Walker: | I don't care to answer that right now. |
| Ms. Howe: | You don't care to answer that right now either as to the substance of the claim or to who has been discriminating against you on the basis of your heterosexual orientation? |
| Mrs. Walker: | No. |
| Ms. Howe: | And she says no. Is there anything that came up for you during the lunch break that you wanted to make sure we addressed here today? |
| Mrs. Walker: | Nope. I don't think so. I mean I think I would like a copy of those notes because the transcript is very difficult and it is really kind of a joke. So if I could get copies of those notes that would maybe help us because the transcript its (inaudible). We can't read it. It doesn't make any sense. |