Ex14A

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Estate of Michele M. Walker, Charles E. Walker, Administrator

VS                NO: 1:11-CV-421-PB

State of New Hampshire - Administrative Office of the Courts and State of New Hampshire - NH Second Circuit Littleton District Division - Administrative Office of the Courts

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF PAMELA KOZLOWSKI

This deposition taken by agreement of counsel at the Office of the Attorney General, 33 Capitol Street, Concord, New Hampshire, on Friday, October 19, 2012, commencing at 2:07 P.M.

```
 1       marked.
 2                    (Whereupon, the court reporter
 3       marked Exhibit Number 2, Employee Performance
 4       Review, for Identification.)
 5   Q   Does that look like your 2009 review of
 6       Michele?
 7   A   Yes.
 8   Q   And is it fair to characterize this as a very
 9       good review?
10   A   Yes.
11   Q   And it looks like a lot of your comments,
12       performance level, were all very good to
13       outstandings and a couple of outstandings?
14   A   Yes.
15   Q   All right, and at the second page from the
16       back, was a comment, I guess the employee has
17       a chance to comment on the review?
18   A   Yes.
19   Q   And did you think that Michele, what she
20       listed were a number of her accomplishments?
21   A   Yes.
22   Q   And she says at the end, the last page, that
23       it took years to accomplish -- I am
```