

Ex 17

# AFFIDAVIT OF TRACY PIERCE ASH

NOW COMES Tracy Pierce Ash of 81 Dells Road, Littleton, NH and upon oath states as follows:

1.      I was close friends with Michele Walker, Plaintiff, during much of the 80's and into the 90's. During the later years, we were friendly but did not socialize together.

2.      I am acquainted with Lisa Towle. During part of 2007 and 2008 I dated her ex-husband Aldis Wright, Jr.

3.      Prior to April 18, 2008, whenever Aldis and I would see Lisa, with or without the children, she would make a scene, including yelling, and harassing phone calls. Also, see April 21, 2012 Stalking Petition attached hereto as Attachment 1.

4.      On April 18, 2008 Ms. Towle appeared while we were accessing the ATM at Woodsville Guaranty Savings Bank on Meadow Street in Littleton. After following us around this parking lot, she pulled up beside my truck to yell, scream obscenities (including the F-word), and called repeatedly on her cell phone. The calls were not about visitation, as Mr. Wright did not have regular visitation with his children. I believe the calls were about a small med co-pay. Ms. Towle seemed out of control to me.

5.      I cautiously proceeded to leave the parking lot and then approached I-91 and drove at an estimated 65 MPH. At times Ms. Towle was following us and was only one vehicle length behind us, which was a dangerous situation. I exited the off ramp in Franconia/Sugar Hill. This was when Ms. Towle was pulled over by the Sugar Hill Police. During this time she had her daughter with her in the car.

6.      Aldis and I proceeded in order to avoid further incidents with her. However, after being stopped by the police, Ms. Towle followed us to the restaurant we had stopped at, and a

1

policeman actually came into the restaurant to see Aldis to confirm whether he was supposed to have his daughter for visitation. Aldis was not supposed to have visitation that day and had not had visitation with his children for some time.

7.     Sometime shortly prior to April 18, 2008, I believe Lisa Towle and/or her children vandalized a vehicle owned by Aldis Wright while on my property. Words such as "liar" (but misspelled) were painted on the windshield of Aldis' truck. As a result of her behavior, I had security lights installed at my property.

8.     On or about April 21, 2008 I filed a stalking petition against Lisa Towle, which is attached hereto as Attachment A. I stand by all of the facts which I affirmed therein.

9.     Michele Walker signed verifying my petition. I told Ms. Walker that Ms. Towle had been out of control, and about the details of the stalking petition, the incident in which I believe Ms. Towle and her son trespassed on my property to write on a vehicle, and her angry outbursts even with her child/children present.

10.     Although the Stalking Petition was denied because the judge only found one incident directed towards me, he made a specific factual finding for me to be able to use should it become necessary in the future.

11.     As stated on AOC #2485, the Court found "*22. Other: A specific finding is made that the defendant stalked the petitioner on April 18th when the petitioner in her own vehicle, was dangerously followed by the defendant. The other allegations either do not rise to the level of stalking, or were directed at Aldis Wright and not the petitioner. No final orders issued the statutory minimum has not been met.*" A true and accurate copy of my Stalking Petition of April 21, 2008 is attached hereto, as Attachment A, AOC #2479-2085. The Bates and AOC page

2

numbers were not part of the original document.  The order above is numbered p. 3/5 on the bottom, but I am uncertain what pages 4/5 and 5/5 would have been.

12.     At the conclusion of the stalking hearing, at which Ms. Towle did not testify, she laughed loudly, which I can only best describe as psychotically, as it was very out of place.

13.     On or about 9.28.09 I called Littleton District Court to find out how to transfer my divorce case out of that venue, as I was not comfortable with Lisa Towle having access to my personal information, given that I had filed a stalking petition against her.  I spoke to Brenda Knapp she told me Michele was on leave and I could probably reach her at home.

14.     Reportedly, shortly thereafter Ms. Towle called her ex-husband, Aldis Wright's cell phone three times within 30 minutes stating "*If any of this gets around the school or around town, except for those who support me or Brendon, I'll know where it came from.  It won't be a good thing.*"

15.     On at least one occasion in 2008, when Ms. Towle would come upon us in her car while we were walking, she pulled over and yelled at us, including obscenities.

16.     After Michele Walker left work in August 2009, she and I discussed Lisa Towle. Michele indicated that she was afraid of Ms. Towle.  She also told me that she could not go into detail as everything was very confidential.

17.     Other circumstances pertinent to Lisa Towle are contained in my November 27, 2009 letter to Sargent Tyler.  Said letter is attached hereto as Attachment B, which is a true and accurate copy, except that I signed the one I sent to Officer Tyler.  I stand by my statements in that letter.

18.     I have known Michele Walker over the last three decades, sometimes being close friends, and sometimes merely happening to meet in public.   She was always an honest person,

and above reproach. She was highly respected in the Town of Littleton, as well as loyal and

proud of her position as Clerk of the Littleton District Court.

FURTHER AFFIANT SAYETH NOT.

/s/ TRACY PIERCE ASH
Tracy Pierce Ash

STATE OF NEW HAMPSHIRE
COUNTY OF GRAFTON

Personally appeared Tracy Pierce Ash, on this 14th day of November 2012, and upon
oath affirmed that the above facts are true and accurate to the best of her knowledge and belief,
before me.

/s/ LISA J. COLBY
Commissioner of Deeds
My commission expires:      10/06/2015

4

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

**STALKING**

**FINAL ORDER OF**

# PROTECTION

Case Number: 469 2008-CV-49
PNO Number: 4690800007
Court: Plymouth District Court
Court ORI: NH005111J
County: Grafton
Address: 26 Green Street
Plymouth, NH 03264

**PLAINTIFF**

## PLAINTIFF IDENTIFIERS

| First | Middle | Last | Date of Birth | Sex | Race |
|---|---|---|---|---|---|
| Tracy | Pierce | Ash | 8/23/1969 | ☐ M ☒ F | White |

**V.**

**DEFENDANT**

## DEFENDANT IDENTIFIERS

| First | Middle | Last |
|---|---|---|
| Lisa | | Towle |

DOB 3/4/1971   HEIGHT
SEX female   WEIGHT
RACE white   EYES
State/Birth   HAIR

**DEFENDANT'S ADDRESS:**
264 Cottage Street
Littleton, NH 03561

**RELATIONSHIP to PLAINTIFF**

☐ Married
☐ Divorced
☐ Separated
☐ Cohabit / cohabited
☐ Child in common

☐ Household member
☒ Other Dating Ex-Husband

**CAUTION**

☐ Brady qualified
☐ Weapon involved
☐ Weapon is ordered to be relinquished pursuant to New Hampshire state law RSA 173-B

**DISTINGUISHING FEATURES:**

SKIN TONE

SCARS, MARKS, TATTOOS:
Location and description

DRIVER'S LICENSE#:

STATE   EXP DATE

**VEHICLE INFO:**

| YEAR | | STYLE | |
|---|---|---|---|
| MAKE | Tahoe | COLOR | Pewter |
| MODEL | Chevy | | |
| VIN # | | | |

**WARNING:** The attached order shall be enforced, even without registration, by the courts of any state, the District of Columbia, and any U.S. Territory, and may be enforced on Tribal Lands (18 U.S.C. section 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. section 2262). Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition (18 U.S.C. Section 922(g)(8)).

**The court has found as evidenced by this order:**
That it has jurisdiction over the parties and subject matter, and the defendant has been provided with actual notice and opportunity to be heard.

**This Order of Protection is in effect from** [          ] **to** [          ] **for the plaintiff above.**

☐ The above named defendant is restrained from committing further acts of abuse or threats of abuse.
☐ The above named defendant shall not have any contact with the plaintiff, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, e-mail, the sending or delivery of gifts or any other method unless specifically authorized by the court. The defendant is prohibited from coming within _____ ☐ feet ☐ yards of the plaintiff.

Case Name: <u>Ash V Towle</u>

Case Number: <u>469 2008-CV-49</u>                                    PNO: <u>4690800007</u>

<u>STALKING FINAL ORDER</u>

The court, having jurisdiction over the parties and subject matter under New Hampshire RSA 633:3-a (Stalking), having considered the plaintiff's Stalking Petition and having conducted a hearing on _____ of which the defendant received actual notice, and was ☐ / was not ☐ present, hereby finds that:

☐ The plaintiff has NOT been stalked:  CASE DISMISSED.

☐ The plaintiff failed to appear: CASE DISMISSED.   The defendant: ☐ appeared   ☐ failed to appear

☐ The plaintiff has been stalked as defined in RSA 633:3-a, and finds and makes the following final orders:

**PROTECTIVE ORDERS:**

1. ☐ The defendant shall not abuse the plaintiff.

2. ☐ The defendant shall not have any contact with the plaintiff, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, e-mail, the sending or delivery of gifts or any other method unless specifically authorized by the court. The defendant is prohibited from coming within _____ feet/yards of the plaintiff.

3. ☐ The plaintiff shall have exclusive use and possession of the parties' residence unless Paragraph 13 is checked.

4. ☐ The defendant shall not enter the premises and curtilage where the plaintiff resides, except when the defendant is accompanied by a peace officer and, upon reasonable notice to the plaintiff, is allowed entry by the plaintiff for the sole purpose of retrieving toiletries, medication, clothing, business equipment, and any other items as determined by the court:

_____

5. ☐ The defendant shall not contact the plaintiff at or enter upon plaintiff's place of employment or school, or as further specified herein: _____

6. ☐ The defendant is restrained from abusing plaintiff's household members, or plaintiff's relatives (regardless of their place of residence), or engaging in any other conduct which would place the plaintiff in reasonable fear of bodily injury to the plaintiff or the plaintiff's household members or relatives.

7. ☐ The defendant shall not use, attempt to use or threaten to use physical force against the plaintiff or the parties' child(ren) which would reasonably be expected to cause bodily injury.

8. ☐ The defendant shall not take, convert or damage any property in which the plaintiff has a legal or an equitable interest.

9. ☐ The defendant shall relinquish to a peace officer all firearms and ammunition in his/her control, ownership or possession, and the defendant is prohibited from purchasing or obtaining any firearms or ammunition during the pendency of this order.

10. ☐ The defendant shall also relinquish all deadly weapons as defined in RSA 625:11,V which may have been used, intended to be used, threatened to be used, or could be used in an incident of abuse.  These weapons may include the following: _____

_____

_____

11. ☐ The defendant shall not follow the plaintiff or appear in proximity to the residence, place of employment or school of the plaintiff, or follow or appear at any other place where the plaintiff may be.

12. ☐ Other protective orders _____

_____

**FURTHER ORDERS:**

13. ☐ The court finds that the defendant exclusively owns or leases and pays for the premises located at

_____ and that the defendant has no legal duty to support the plaintiff or minor children.  Therefore, the defendant shall have exclusive access, use and possession of the premises (including household furniture and furnishings).

Case Name: Ash V Towle

Case Number: 469 2008-CV-49                                    PNO: 4690800007

STALKING FINAL ORDER

However, the plaintiff may enter in and on said premises with a peace officer for the sole purpose of removing the plaintiff's personal possessions.

14. ☐ The plaintiff is awarded custody of the minor child(ren).

15. ☐ Visitation of children:

    ☐ See attached visitation order.

    ☐ No visitation pending further hearing.

    ☐ Unsupervised.

    ☐ Supervised by _____

    ☐ Days and times: _____

    _____

    ☐ Pick up/Drop off at: _____

    Restrictions: _____

    _____

    _____

16. ☐ The defendant shall pay child support to the plaintiff.  (See Uniform Support Order (USO) attached.)

17. ☐ The plaintiff shall have use of the following vehicle:
    Make _____ Model _____ Year _____

18. ☐ The defendant shall have use of the following vehicle:
    Make _____ Model _____ Year _____

19. ☐ The defendant shall pay to the plaintiff the amount of  $ _____ for losses suffered as a direct result of the abuse, and $ _____ for attorney's fees.

20. ☐ The defendant is directed to attend: ☐ a batterer's intervention program and/or ☐ personal counseling for a period of _____ months/year.
    The defendant shall provide proof of attendance to the Court at monthly intervals.

21. ☐ The defendant shall relinquish all concealed weapons permits and hunting licenses.

22. ☒ Other: _A specific finding is made that the defendant stalked the petitioner on April 18th when the petitioner, in her own vehicle, was dangerously followed by the defendant. The other allegations either do not rise to the level of stalking or, were directed at Aldis Wright and not the petitioner. No final orders issued The statutory minimum has not been met._

April 28, 2008
Date

603 536-3326
Telephone Number of Court

Signature of Judge     _[signature]_

Print / Type Name of Judge     DAVID L. KENT

THESE ORDERS ARE EFFECTIVE IMMEDIATELY AND REMAIN IN EFFECT FOR ONE YEAR.  THE ORDERS MAY BE EXTENDED BY ORDER OF THE COURT UPON MOTION BY THE PLAINTIFF, SHOWING GOOD CAUSE, WITH NOTICE TO THE DEFENDANT.  BOTH PARTIES SHALL ENSURE THAT THE COURT HAS A CURRENT ADDRESS DURING THE PENDENCY OF THESE ORDERS.

ANY WILLFUL VIOLATION OF THE PROTECTIVE PROVISIONS OF THESE ORDERS IS A CRIME AS WELL AS CONTEMPT OF COURT.  VIOLATIONS SHALL RESULT IN ARREST AND MAY RESULT IN IMPRISONMENT.

# The State of New Hampshire

**JUDICIAL BRANCH**     PNO _____

## STALKING PETITION

**PURSUANT TO RSA 633:3-a**

GRAFTON _____ County                                        _____ **Court**

                                                              **Case/Docket No.**

Tracy Pierce Ash
(Plaintiff's Name)

**IN THE MATTER OF**

v.  Lisa Towle
(Defendant's Name)     (DOB)

**RELATIONSHIP to DEFENDANT**

[ ] married         [ ] household member
[ ] separated       [X] other  Dating
[ ] divorced               ex-husband
[ ] cohabit/cohabited
[ ] child in common

(Street)
Littleton, NH 03561
(City/State/Zip)

_____
(SSN)

TO THE JUSTICE OF THE COURT: I believe I am being stalked by the Defendant. I base my request for protection from stalking on the following facts which occurred on the following dates, and ask the Court to issue orders as noted below:

April 18, 2008 Aplis Wright Jr and I were at Woodsville Guaranty Savings Bank located on Meadow Street in Littleton. Aplis returned from the ATM to pay truck and advised me his ex-wife Lisa Towle was following us. I turned    [X] SEE ATTACHED ADDITIONAL PAGE(S)

The Defendant and I are currently involved in or have received orders in the following court actions:

[ ] divorce     [ ] custody  ·     [ ] protective order     [X] none     [ ] other _____

Please list the court(s) handling the case(s): _____

Are you represented by a lawyer in any of these matters? _____ [ ] yes

Residence: [X] own     [ ] rent     [ ] in whose name? Tracy Pierce Ash     [X] no

Children living in household:

| NAME | DOB | BIRTH PARENTS | SSN | WHO HAS CUSTODY? |
|---|---|---|---|---|
| Tyler C. Ash | 6/22/93 | Tracy Ash/Clintons | | Tracy Ash |
| | | | | |
| | | | | |

I have suffered the following financial losses as a result of the abuse:     [ ] medical/dental/optical expenses
[ ] loss of wages     [ ] loss of personal property     [ ] other (explain) _____

**REQUEST FOR PROTECTIVE ORDERS:**

1. [X] Restrain the Defendant from abusing me, having any contact with me, whether in person or through third persons, including but not limited to contact by telephone; letters, fax, e-mail, the sending or delivery of gifts or any other method, unless specifically authorized by the Court.
2. [X] Restrain the Defendant from following me or appearing in proximity to my residence, place of employment or school, or following or appearing at any other place where I may be.
3. [ ] Restrain the Defendant from entering in or on the premises (including curtilage) where I reside except with a peace officer for the purpose of removing Defendant's personal possessions.
4. [X] Restrain the Defendant from abusing my relatives or members of my household.
5. [X] Restrain the Defendant from abusing, converting or damaging property in which I have a legal or equitable interest.
6. [X] Direct the Defendant to temporarily relinquish to a peace officer any firearms or other deadly weapons, including _____
7. [ ] Award temporary custody of our minor children to me.

**REQUEST FOR ADDITIONAL ORDERS AT THE TIME OF THE FINAL HEARING:**

8. [ ] Direct the Defendant to make child support payments to me for the care of our minor children.
9. [ ] Direct the Defendant to follow a court approved visitation plan if Defendant wishes to exercise child visitation rights.
10. [ ] Award me the exclusive right of use and possession of our residence and household furnishings.
11. [ ] Award me the exclusive right of use and possession of the following vehicle: _____
12. [ ] Order the Defendant to pay me for financial losses suffered as a direct result of the abuse.
13. [ ] Direct the Defendant to attend an approved batterers treatment program or personal counseling.
14. [ ] Other relief: _____

I swear that the foregoing information is true and correct to the best of my knowledge. I understand that making a false statement on this petition will subject me to criminal penalties.

4/21/08
Date

Tracy Pierce Ash
Plaintiff Signature

Subscribed and sworn by Plaintiff, before me.

4/21/08
Date

Michele M. Boutin
Justice of the Peace/Notary Public

AOC-256-245(12/99)     COPY DISTRIBUTION:   [ ] PLAINTIFF     [ ] DEFENDANT     [ ] LAW ENFORCEMENT     [ ] OTHER

# The State of New Hampshire

### JUDICIAL BRANCH
### DOMESTIC VIOLENCE / STALKING PETITION
### Additional Page For Statement Of Facts

PNO _____

Grafton County

_____ Court

_____ Case/Docket No.

### IN THE MATTER OF

Tracy Pierce Ash
(Petitioner's Name)

v.

Lisa Towle
(Respondent's Name)

and noticed her vehicle, occupied by her driving and one of their minor children. Both Lisa and her daughter were yelling out of the windows, calling Aldis' telephone. We attempted to leave the parking area to remove ourselves from the situation. Lisa pulled up beside my truck (drivers side) while hollering, yelling continued, following my vehicle extremely close from Meadow Street, Main Street I-91 South. Aldis answered the phone asked his daughter what they wanted and asked them to stop following us and to leave us alone. He also said that "Tracy will call the cops." We exited the highway at the Franconia Sugar Hill/Franconia Exit and Lisa continued chasing us. By Coffin Pond location we met a cop who flashed his lights just as we were beside him. We figured he would

I swear that the foregoing information is true and correct to the best of my knowledge. I understand that making a false statement on this petition will subject me to criminal penalties.

4/21/08
Date

Tracy Pierce Ash
Plaintiff Signature

Subscribed and sworn by Plaintiff, before me.

4/21/08
Date

Michele M. Boutin
Justice of the Peace / Notary Public

AOC-258A-248 (9/99)

# The State of New Hampshire

**JUDICIAL BRANCH**

PNO _____

## DOMESTIC VIOLENCE / STALKING PETITION

### Additional Page For Statement Of Facts

Grafton **County**

_____ **Court**

_____ **Case/Docket No.**

### IN THE MATTER OF

Tracy Pierre Ash
(Petitioner's Name)

v.

Lisa Towle
(Respondent's Name)

pull the vehicle tailgating us over. We discussed whether we should continue with our plans as I didn't want any further issue arising with Lisa. After arriving at our distination + meeting with our friends a Franconia Police officer - fowler came looking for Aldis. After Aldis returned to our table he stated Officer Fowler would request Lisa to leave the premises. Apparently she had continued to follow us with her daughter. Lisa has on other occasions driven by us numerous times while walking my dog. During the period also called + text messaged Aldis' phone, for no particular reason, merely to harass us. Also another incident she and her daughter drove into Dad's gas station while Aldis and I were getting fuel yelled, screamed out the windows giving the finger to us.

I swear that the foregoing information is true and correct to the best of my knowledge. I understand that making a false statement on this petition will subject me to criminal penalties.

4-21-08
**Date**

Tracy Pierre Ash
**Plaintiff Signature**

Subscribed and sworn by Plaintiff, before me.

4.21.08
**Date**

Michele M. Bouton
**Justice of the Peace / Notary Public**

AOC-258A-248 (9/99)

# The State of New Hampshire

**JUDICIAL BRANCH**

## DOMESTIC VIOLENCE / STALKING PETITION

### Additional Page For Statement Of Facts

PNO _____

GRAFTON _____ County

_____ Court

_____ Case/Docket No.

### IN THE MATTER OF

Tracy Pierce Ash
(Petitioner's Name)

v.

Lisa Towle
(Respondent's Name)

Another circumstance while Aldis' truck was on my property someone WROTE on the windshield. It appears that Lisa's behavior is becoming more and more unpredictable and I have concern for my safety as well as my son witnessing this behavior and his well being. Based on the foregoing incidents I fear my safety as I feel I can not appear in public with my boyfriend with being harassed or stalked. Additionally, the behavior is increasingly risking my safety. I am very uncomfortable walking alone with my dog as well as walking to the court to fill out this document.

I swear that the foregoing information is true and correct to the best of my knowledge. I understand that making a false statement on this petition will subject me to criminal penalties.

4-21-08
Date

Subscribed and sworn by Plaintiff, before me.

4·21·08
Date

Tracy Pierce Ash
Plaintiff Signature

Michele M. Bouton
Justice of the Peace / Notary Public

AOC-258A-248 (9/99)

# STALKING 633:3-a — DEFENDANT INFORMATION SHEET

TO BE COMPLETED BY THE PLAINTIFF: (Please Print)

PLAINTIFF INFORMATION   Sex: F   Race: White   Date of Birth: 08/23/69

## DEFENDANT INFORMATION.

NAME: Lisa Towle

| | |
|---|---|
| DATE OF BIRTH: | SKIN TONE: |
| SEX: F | SCARS, MARKS, TATTOOS: (location and description) |
| RACE: White | |
| STATE OF BIRTH: | |
| HEIGHT: | SSN: |
| WEIGHT: | DRIVERS LICENSE: Number: |
| EYE COLOR: | State: |
| HAIR COLOR: | Year of Expiration: |

LICENSE PLATE:
Number: WATCH ME
State of issue: NH
Year of Expiration:
Type of plate:

VEHICLE:
VIN:
Year of vehicle: ?
Model: Chevy
Style: Tahoe
Color: Pewter

| COURT ORI: NH005101J | PNO NUMBER: 454 001 |
|---|---|

| Issue: ☐  Modify: ☐  Cancel: ☐  Transfer ☐ | Issue: ☐  Modify: ☐  Cancel: ☐  Transfer ☐ |
|---|---|
| Caution indicator:  ☐ Yes  ☐ No | Caution indicator:  ☐ Yes  ☐ No |
| Date of Issue: | Date of Issue: |
| Expiration Date: | Expiration Date: |
| | BRADY indicator:  ☐ Yes  ☐ No |
| If order 1 intact - check 1 | If order 1 intact - check 1 |
| If order 2 intact - check 1 & 4 | If order 2 intact - check 5 |
| If order 3 intact - check 5 | If order 3 intact - check 3 |
| If order 4 intact - check 4 | If order 4 intact - check 4 |
| If order 5 intact - check 4 | If order 5 intact - check 4 |
| If order 6 intact - check 1 & 2 | If order 6 intact - check 1 & 2 |
| If order 9 intact - check 7 | If order 7 intact - check 1 & 2 |
| If order 10 intact - check 7 | If order 9 intact - check 7 |
| | If order 10 intact - check 7 |
| | If order 11 intact - check 1 & 4 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PCO | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | PCO | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| ☐ WEAPONS: | ☐ WEAPONS: |
|---|---|
| ☐ DEFENDANT HAS CUSTODY: | ☐ DEFENDANT HAS CUSTODY: |
| ☐ OTHER: | ☐ OTHER: |

**Littleton Police Department**
**264 Cottage Street**
**Littleton, NH 03561**
**(603)444-7711     FAX: (603)444-1713**





| | | | |
|---|---|---|---|
| **To:** | Clerk of Court | **From:** | Sgt. Chris Tyler |
| **Fax:** | 536-3241 | **Pages:** | 2 including  Face Sheet |
| **Phone:** | | **Date:** | April 21, 2008 |
| **Re:** | Lisa Towle Stalking Order | **CC:** | |

**Urgent          For Review X          Please Comment          Please Reply**

● **Comments:**
Please contact us should you need any further assistance.

**Sergeant Chris Tyler**
**Littleton Police Department**
**(603)-444-7711 ext.24**
ctyler@littletonnsd.org

━━━━━━━━━━━━━━━━━━━━━━━━━━**NOTICE**━━━━━━━━━━━━━━━━━━━━━━━━━━
*The documents accompanying this telecopy transmission contains information that is confidential and/or legally privileged.  The information is intended only for the uses of the individual or entity named on this transmission sheet.  If you are not the recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this telecopy in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at no cost to you.*

THE STATE OF NEW HAMPSHIRE
PLYMOUTH DISTRICT COURT
26 GREEN STREET
PLYMOUTH, N. H. 03264
(603)536-3326


FAX FORM


DATE: 4-21-08

TO: Brenda

ADDRESS: _____

_____

TELEPHONE NUMBER: _____

FAX/TELECOPIER NUMBER: 444-6681

FROM: RyAnn

Number of pages, including this cover: _____

Message:

* Hi Brenda - I'm very sorry that this took so long - it's been extremly busy here this am.

* Please note - we will need ████

If you do not receive all of the pages sent please call (603)
536-3326. an address for our records for
Fax number: (603) 536-3241
Ms. Tarde

* thank-you & please call me when you have a moment regarding service.

## DOMESTIC VIOLENCE ORDER TRANSMISSION COVER SHEET

**Date:** April 21, 2008          **Staff Person's Name:** _____

☒ **FAXED TO:**                 POLICE DEPARTMENT

☐ **MAILED TO:**              FAX #: _____

Number of pages: (Including Transmission Cover Sheet): _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COURT NAME:** Plymouth District Court      **CASE NUMBER:** _____

**COURT PHONE #:** (603) 536-3326

**ORDER TYPE:**    ☐   Petition and Temporary Order

               ☐   Final Order of Protection for 1 Year

               ☐   Final Order Renewed for 1 Year

               ☐   Modification of Orders

               ☐   Addition or Change in Defendant ID Info (see below)

               ☐   Case Dismissed or Withdrawn

               ☐   Transfer from _____ District Court to _____ Superior Court
                     District Court # _____ Superior Court # _____

## DEFENDANT ID INFORMATION:

**NAME:**

**MISCELLANEOUS INFORMATION:**
**DOB:**
**HEIGHT:**
**WEIGHT:**
**EYE COLOR:**
**HAIR COLOR:**
**RACE:**
**GENDER:**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

Plymouth District Court
26 Green Street
Plymouth, NH 03264

Telephone: (603) 536-3326
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

# DOMESTIC VIOLENCE OR STALKING RETURN OF SERVICE
### Pursuant to RSA 633:3-a or 173-B

Case Number: __08-cv-49__      PNO _____

__Tracy Pierce Ash__ _____ V. __Lisa Towle__ _____

**Plaintiff**          **Defendant**      **Def Date of Birth**

☐ Obtained    **Defendant's DOB** _____

☐ Obtained    **Defendant's SSN** _____

Service was completed on the within named _____

by giving in hand on _____ at _____ a.m./p.m. an attested copy of the attached order.

Identity of the defendant was verified by means of:

☐ Driver's License    ☐ Birth Certificate    ☐ Other identification _____

☐ Firearms and ammunition were relinquished: (specify) _____

☐ Deadly weapons were relinquished: (specify) _____

☐ Concealed Weapons Permits were relinquished (specify) _____

☐ Hunting Licenses were relinquished (specify) _____

_____
**Date**

**Law Enforcement Official and Agency Name**

_____
**Current Street Address of Defendant**

_____
**Current City/State/Zip of Defendant**

**Law Enforcement Agency Address**

__(603) 536-3241__
**Court Fax Number**

**Court Official**

☐ Petition    ☐ Temporary Order     ☐ Final Order     ☐ Other _____

☐ Notice of Interstate Enforcement
and Compliance with VAWA for
Use with Temporary Order

☐ Notice of Interstate Enforcement
and Compliance with VAWA for
Use with Final Order

NHJB-2400-DFS (12/15/2006)       Page 1 of 1

## The State of New Hampshire
### Littleton District Court
134 Main Street
Littleton, N.H. 03561
444-7750

John Peter Cyr
Justice

Jennifer B. Sargent
Special Justice

Michele M. Boutin
Clerk of Court

Brenda L. Knapp
Deputy Clerk

## FACSIMILE COVER SHEET

**DATE:**                      April 22, 2008

**TO:**                         Ryanne at Plymouth District Court

**FAX/ TELECOPIER NUMBER:**      536-3241

**FROM:**                       Michele Boutin, Clerk

**NUMBER OF PAGES INCLUDING COVER:**

### MESSAGE:

Good Afternoon —

To follow-up on Brenda's phone conversation with you of this morning, here is the Stalking Petition filed here that is a conflict for Judge Cyr. If you could have your Judge act on it and fax if back, it would be very much appreciated. Our fax # is: 444-0681.  If you have any questions, please give us a call at: 444-7750, #2 for District Court.

***JUDGE CYR HAS ASKED THAT WE HAVE THIS CASE HANDLED IN YOUR COURT FROM BEGINNING TO END. WE WILL FAX THAT ORDER.***

Again, thanks very much.

IF YOU DO NOT RECEIVE ALL OF THE PAGES SENT, PLEASE CALL IMMEDIATELY AT: LITTLETON DISTRICT COURT 444-7750, ATTENTION MICHELE BOUTIN.

THIS COMMUNICATION IS CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY PHONE. THANK YOU.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

**STALKING**

**TEMPORARY ORDER OF
PROTECTION**

Case Number: _CB-CN-49_
PNO Number: _____
Court: __Plymouth District Court__
Court ORI: __NH005111J__
County: __Grafton__
Address: 26 Green Street
_____Plymouth, NH  03264__

| PLAINTIFF | | | PLAINTIFF IDENTIFIERS | | |
|---|---|---|---|---|---|
| First | Middle | Last | Date of Birth | Sex | Race |
| Tracy | Pierce | Ash | 8/23/69 | ☐ M ☒ F | White |

**V.**

| DEFENDANT | | | DEFENDANT IDENTIFIERS | | | |
|---|---|---|---|---|---|---|
| First | Middle | Last | DOB | | HEIGHT | |
| Lisa | | Towle | SEX | | WEIGHT | |
| **DEFENDANT'S ADDRESS:** | | | RACE | White | EYES | |
| | | | State/Birth | | HAIR | |

**RELATIONSHIP to PLAINTIFF**
☐ Married            ☐ Household member
☐ Divorced          ☒ Other __Dating Ex-__
☐ Separated              __Husband__
☐ Cohabit / cohabited
☐ Child in common

**CAUTION**

☐ Weapon involved

☐ Weapon is ordered to be relinquished pursuant to New
   Hampshire state law RSA 173-B

| DISTINGUISHING FEATURES: | | |
|---|---|---|
| SKIN TONE | | |
| SCARS, MARKS, TATTOOS: Location and description | | |
| DRIVER'S LICENSE#: | | |
| STATE | | EXP DATE |
| **VEHICLE INFO:** | | |
| YEAR | | STYLE |
| MAKE | Tahoe | COLOR | Pewter |
| MODEL | Chevy | |
| VIN # | | |

**Warning:** The attached order shall be enforced, even without registration, by the courts of any state, the District of Columbia, and any U.S. Territory, and may be enforced on Tribal Lands (18 U.S.C. section 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. section 2262).

**The court has found as evidenced by this order:**
That it has jurisdiction over the parties and subject matter, and the defendant, upon service, will be given reasonable notice and opportunity to be heard.

☒ The above named defendant is restrained from committing further acts of abuse or threats of abuse.
☒ The defendant shall not follow the plaintiff or appear in proximity to the residence, place of employment or school of the plaintiff, or follow or appear at any other place where the plaintiff may be. The defendant is prohibited from coming within _100_ ☐ feet ☒ yards of the plaintiff.

The court, having jurisdiction over the parties and subject matter under New Hampshire RSA 633:3-a (Stalking), and having considered the plaintiff's Stalking Petition dated _4/21/200?_, hereby finds that the plaintiff has presented a credible allegation of stalking as defined in RSA 633:3-a and makes the following **TEMPORARY ORDERS OF PROTECTION.**

NHJB-2002-DS (07/26/2007)                          Page 1 of 5

Case Name: ___ v ___ Pierce Ash v. Towle.

Case Number: ___ CB-CV-09 ___ PNO: _____

STALKING TEMPORARY ORDER OF PROTECTION

1. ☒ The defendant shall not abuse the plaintiff.

2. ☒ The defendant shall not follow the plaintiff or appear in proximity to the residence, place of employment or school of the plaintiff, or follow or appear at any other place where the plaintiff may be. The defendant is prohibited from coming within __100__ feet/yards of the plaintiff.

3. ☒ The defendant shall not have any contact with the plaintiff, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, e-mail, the sending or delivery of gifts or any other method unless specifically authorized by the court

4. ☒ The defendant shall not enter the premises and curtilage where the plaintiff resides, ~~except when the defendant is accompanied by a peace officer and, upon reasonable notice to the plaintiff, is allowed entry by the plaintiff for the sole purpose of retrieving toiletries, medication, clothing, business equipment, and any other items as determined by the court:~~

5. ☒ The defendant shall not contact the Plaintiff at or enter upon Plaintiff's place of employment, school, etc

_____

6. ☒ The defendant shall not abuse plaintiff's relatives (including children) regardless of their place of residence, or members of the plaintiff's household.

7. ☒ The defendant shall not take, convert or damage any property in which the plaintiff has a legal or an equitable interest.

8. ☐ The plaintiff is awarded custody of the minor child(ren); the defendant may exercise the following visitation: _____ or

☐ Visitation is denied pending a hearing.

9. ☐ The defendant shall relinquish to a peace officer all firearms and ammunition in his/her control, ownership or possession, or in the possession of any person on behalf of the defendant, and the defendant is prohibited from purchasing or obtaining any firearms or ammunition during the pendency of this order.

10. ☐ The defendant shall also relinquish all deadly weapons as defined in RSA 625:11,V which may have been used, intended to be used, threatened to be used or could be used in an incident of abuse. These weapons may include the following: _____

11. ☐ Other protective orders: _____

_____

**ADDITIONAL ORDERS:**

12. ☐ Use of Vehicle: _____

13. ☐ The defendant shall relinquish all concealed weapons permits and hunting licenses.

14. ☐ Other: _____

__4/21/2001__
Date

Signature of Judge _____
Thomas A. Rappa, Jr.

_____
Telephone Number of Court

_____
Print / Type Name of Judge

**THESE ORDERS ARE EFFECTIVE IMMEDIATELY AND REMAIN IN EFFECT UNTIL FINAL ORDERS ARE MADE BY THE COURT. ANY WILLFUL VIOLATION OF THE PROTECTIVE PROVISIONS OF THESE ORDERS IS A CRIME AS WELL AS CONTEMPT OF COURT. VIOLATIONS SHALL RESULT IN ARREST AND MAY RESULT IN IMPRISONMENT AND ARE SUBJECT TO ENHANCED PENALTY PURSUANT TO RSA 633:3-a, VI(a). ALL FUTURE NOTICES AND ORDERS SHALL BE MAILED. BOTH PARTIES MUST KEEP THE COURT INFORMED OF THEIR CURRENT ADDRESS.**

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

Plymouth District Court
26 Green Street
Plymouth, NH 03264

Telephone: (603) 536-3326
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## STALKING TEMPORARY ORDER AND NOTICE OF HEARING
Pursuant to RSA 633:3-a

Case Number: ___08-cv-49___          PNO _____

___Tracy Pierce Ash___          V. ___Lisa Towle___

Plaintiff                Defendant                Def Date of Birth

### NOTICE OF HEARING

The plaintiff and defendant are summoned to appear at <u>Plymouth District Court</u> on _5/21/08_ (date) at 1pm
_1_ ☐ a.m. ☒ p.m. The court will hear testimony from both parties. **One half hour will be allotted for this hearing.** FINAL ORDERS may be issued at that time.

_4/21/08_
Date                Clerk        _Nele P A Nil S_

### NOTICE TO DEFENDANT

PURSUANT TO RSA 633:3-a and RSA 173-B:4, you have a right to a hearing on these temporary orders within five business days, but not earlier than three business days, after you file a written request with the court. Unless you request this hearing in writing, the case will be heard on the date shown above.

***

### NOTICE OF INTERSTATE ENFORCEMENT AND
### COMPLIANCE WITH THE VIOLENCE AGAINST WOMEN ACT (VAWA)

1.  This temporary protective order meets all full faith and credit requirements of the Violence Against Women Act, 18 U.S.C. sec. 2265 (1994). This Court has jurisdiction of the parties and the subject matter; the defendant is afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. This order is valid and enforceable throughout New Hampshire and all other states, the District of Columbia, all tribal lands and all U.S. Territories, and shall be enforced as if it were an order of that jurisdiction.

2.  Pursuant to Section 2265 of Title 18, United States Code, violation of any provision(s) of this Order, including support, child custody or visitation provisions issued under the authority of RSA 173-B of this State, is enforceable by court and/or law enforcement personnel of any other State, Indian tribal government, or Territory, as if it were their own order.

3.  Violations of this order are subject to state and federal criminal penalties. If the restrained party (the defendant) travels across state or tribal boundaries, or causes the protected party (the plaintiff) to travel across state or tribal boundaries, with the intent to violate the protective orders and then violates a protective provision of this order, the defendant may be prosecuted for a federal felony offense under the Violence Against Women Act, 18 U.S.C. sec. 2262(a)(1) or (2) (1994).

4.  The National Domestic Violence Hotline provides information on a 24-hour basis on interstate enforcement of protection orders, how to reach an advocate, and the location of shelters. The Hotline number is: 1-800-799-7233.

***

**REPORTING A VIOLATION OF THIS ORDER:** If the defendant violates any portion of this order, the plaintiff may report the violation to the local law enforcement agency and may also request a further court hearing on the matter

NHJB-2002-DS (07/26/2007)          Page 3 of 5

04/21/08  MON 12:27 FAX 6034440681        LITTLETON DISTRICT COURT                    ☒007

08-CV-49

# The State of New Hampshire

## STALKING 633:3-a - DEFENDANT INFORMATION SHEET

**To be completed by the Plaintiff (Please Print)**

Plaintiff's name ___Tracy Pierce Ash___

Defendant's name ___Lisa Touie___

Defendant's address _____

When is Defendant usually home? _____

Other than home and work, are there regular places Defendant spends time or may go if avoiding service? ___unknown___

_____

Defendant's employer ___Littleton Family Court___ Telephone No. ___444-7750___

Address ___Main St, Littleton, NH___         Hours at work ___?___

## WEAPONS

Does the Defendant own any weapons?                    ☐ Yes        ☐ No

How many and what type of weapons? _____

Where are the weapons usually located? _____

| | | |
|---|---|---|
| History of assault on police? | ☐ Yes | ☐ No |
| History of substance abuse? | ☐ Yes | ☐ No |
| History of violence? | ☑ Yes | ☐ No |
| Currently in counseling? | ☐ Yes | ☐ No |
| Taking medication? | ☐ Yes | ☐ No |
| Currently on probation/parole? | ☐ Yes | ☐ No |

Name of probation/parole officer _____

| | | |
|---|---|---|
| Is Defendant expecting Temporary Restraining Order? | ☐ Yes | ☐ No |
| Will children be living with Plaintiff? | ☐ Yes | ☐ No |

If no, where _____

If children are in school/day care during the day, where? _____

✗ unknown answers to the above questions.

04/21/08 MON 12:27 FAX 6034440681 LITTLETON DISTRICT COURT @005

# STALKING 633:3-a — DEFENDANT INFORMATION SHEET

> BE COMPLETED BY THE PLAINTIFF: (Please Print)

**PLAINTIFF INFORMATION** : Sex: **F** · · · Race: **White** · · Date of Birth: **08/23/69**

**DEFENDANT INFORMATION**.

| | |
|---|---|
| NAME: **Lisa Towle** | **LICENSE PLATE:** Number: **WATCH ME** State of issue: **NH** |
| DATE OF BIRTH: | |
| | **SKIN TONE:** |
| SEX: **F** | **SCARS, MARKS, TATTOOS:** (location and description) | Year of Expiration: |
| RACE: **White** | | Type of plate: |
| DATE OF BIRTH: | | **VEHICLE:** VIN: |
| WEIGHT: | **SSN:** | Year of vehicle: **?** |
| HEIGHT: | **DRIVERS LICENSE:** Number: | Model: **Chevy** |
| EYE COLOR: | State: | Style: **Tahoe** |
| HAIR COLOR: | Year of Expiration: | Color: **Pewter** |

---

COURT ORI: **NH005101J** · · · **ORI:** · · · 454 001

| | | | |
|---|---|---|---|
| Issue: ☐ Modify: ☐ Cancel: ☐ Transfer: ☐ | | Issue: ☐ Modify: ☐ Cancel: ☐ Transfer: ☐ | |
| Caution indicator: ☐ Yes ☐ No | | Caution indicator: ☐ Yes ☐ No | |
| Date of Issue: | | Date of Issue: | |
| Expiration Date: | | Expiration Date: | |
| | | BRADY indicator: ☐ Yes ☐ No | |

order 1 intact - check 1
order 2 intact - check 1 & 4
order 3 intact - check 5
order 4 intact - check 4
order 5 intact - check 4
order 6 intact - check 1 & 2
order 9 intact - check 7
order 10 intact - check 7

If order 1 intact - check 1
If order 2 intact - check 5
If order 3 intact - check 3
If order 4 intact - check 4
If order 5 intact - check 4
If order 6 intact - check 1 & 2
If order 7 intact - check 1 & 2
If order 9 intact - check 7
If order 10 intact - check 7
If order 11 intact - check 1 & 4

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | PCO ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ WEAPONS:
☐ DEFENDANT HAS CUSTODY:

☐ WEAPONS:
☐ DEFENDANT HAS CUSTODY:

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              2021
CONNECTION TEL              5363241
CONNECTION ID
ST. TIME             04/21 12:24
USAGE T              04'40
PGS. SENT            8
RESULT               OK
```

APR 22 '08

Thanks Ryanne
for all your help

Michele Boutin

## The State of New Hampshire
### Littleton District Court
134 Main Street
Littleton, N.H. 03561
444-7750

John Peter Cyr
Justice

Jennifer B. Sargent
Special Justice

Michele M. Boutin
Clerk of Court

Brenda L. Knapp
Deputy Clerk

## FACSIMILE COVER SHEET

DATE:                     April 22, 2008

TO:                       Ryanne at Plymouth District Court

FAX/ TELECOPIER NUMBER:   536-3241

FROM:                     Michele Boutin, Clerk

NUMBER OF PAGES INCLUDING COVER:

### MESSAGE:

Good Afternoon –

To follow-up on Brenda's phone conversation with you of this morning, here is the Stalking Petition filed here that is a conflict for Judge Cyr. If you could have your Judge act on it and fax it back, it would be very much appreciated. Our fax # is: 444-0681. If you have any questions, please give us a call at: 444-7750, #2 for District Court.

***JUDGE CYR HAS AS      THAT WE HAVE THIS CASE H..      LED IN YOUR COURT
FROM BEGINNING TO END.  WE WILL FAX THAT ORDER ***

Tracy Pierce Ash
81 Dells Road
Littleton, NH  03561


November 27, 2009


Sgt. Chris Tyler
Littleton Police Department
2 Kittridge Lane
Littleton, NH  03561

Re:     In the Matter of Tracy Pierce Ash vs Lisa Towle
        Case No. 2009-CV-00049

Dear Sgt. Tyler:

Pursuant to our telephone conversation of Thursday, November 12, 2009 @ 7:03 pm,
enclosed please find a copy of the State of New Hampshire Judicial Branch Case
Number:  469 2008-CV-49 Tracy Pierce Ash v. Lisa Towle Stalking Final Order of
Protection dated April 28, 2008 by Judge David Kent.     As reported to you in our
conversation since the finding in that Order, Ms. Towle has been cautious with her
actions against me.


On September 28, 2009 I called Littleton District Court, Brenda Knapp answered the
phone and I asked to speak with Michele Walker.     Brenda recognized my voice due to
the numerous years that we worked with each other through previous employment of
attorneys.     Brenda stated that Michele was on leave and I could contact her at home.
My call was for a professional purpose regarding the status of my divorce file Ash v.
Ash, to my knowledge is still located in the Littleton Family Division.  Due to Ms.
Towles' employment there, I would like my file transferred to the Lancaster Family
Division and wanted assistance with the procedure to do so.   My call was approximately
10:00 AM.      At 10:18 AM; 10:38 AM; and 10:39 AM -  Ms. Towle called Aldis
Wright's cell phone and left the following message at 10:39 AM.  "If any of this gets
around the school or around town, except for those who support me or Brendon, I'll
know where it came from.   It won't be a good thing".      Aldis Wright has no idea that I
called the Court, as it is not his or Lisa Towle's concern.    Subsequently, the message left
him confused.    To date, I have not shared my legal, financial, custody or any business
related matters with him.

Page Two
Tyler Letter
November 27, 2009

On October 22, 2009 at 5:17 PM Lisa Towle was attempting to enter traffic from the community parking lot. Traffic was bumper to bumper and moving accordingly. When nobody stopped to allow her to cross both lanes of traffic to turn left, she launched her vehicle directly in front of my car in an aggressive manner. Due to traffic conditions she had to sit diagonally in front of me waiting for someone to yield to her so she could proceed. During that time frame, that felt like an eternity her behavior and actions were unstable and concerned me to the point where I almost dialed 911, but was too embarrassed!!! I was not only fearful, but felt trapped because she has previously used her vehicle as a weapon. When Ms. Towle sees me it appears to serve as a trigger because 99% of the time acts in a manner that people would be concerned for their safety.

After considerable thought about the aforementioned incident, I called Littleton Police Department on the next morning on 10/23/09 and 10/28/09, and left messages for you. You returned my call on 11/8/09 at 4:50 PM and I was not available because of a commitment with my son. I called on 11/11/09 after speaking with personnel at LPD on 11/9/09 they advised me of your schedule. Alas, we spoke on November 12, 2009 at 7:03 PM.

Since our discussion Ms. Towle has reverted back to behavior of a disturbed teenager. I will continue to ignore and avoid her. However, should I be subjected to further unacceptable behavior/incidents I plan to seek an Equity Order via Superior Court and is one of the reasons for the formal report to you. Because she has trespassed and vandalized a vehicle on my property in the past, I have had security lights installed in 3 locations of my home.

Thank you for your assistance with this situation. If you have any questions and/or suggestions, after you read the enclosed material I welcome your advice.

Very truly yours,


Tracy Pierce Ash