

Ex 19

STATE OF NEW HAMPSHIRE

JUDICIAL BRANCH

Confidential

Transcript of Lyn Gilman Interview

Friday, December 11, 2009

Plymouth District Court

Christine Howe, Esq.,

Human Resources Manager, State of Vermont

---

| | |
|---|---|
| Ms. Howe: | This is Christine Howe. Today is Friday, December 11th, approximately 1:15 in the afternoon. I am here at the Plymouth District Court and present with me is Yvonne McAllister from the court administrator's office, and Ms. Lynda Gilman and Lynda what is your position in the court? |
| Ms. Gilman | I am a Court Monitor. |
| Ms. Howe | Thank you. You are very soft spoken so I am going to have to ask you to speak up a little bit and you have brought with you today a representative from the SEA. |
| | Yes, I am Anna Marie Welch I am ___(inaudible) with the SEA. |
| Ms. Howe | Great. We chatted just a little bit before we went on the record when _____ (inaudible) acknowledged that the conversation was being tape-recorded and that you are aware of that. |
| Ms. Gilman | I understand that. |
| Ms. Howe | Thank you. And I have been retained by the court administrator's office via Facts Finder(sp). There have been some allegations come to the court administrator's office so I am here to just ask folks questions. This is intended to be a conversation and not an interrogation. If at any time that you feel that you need to take a personal break for whatever reason just as long as it is not right smack in the middle of a line of conversation, then I do not have any problem with us taking breaks. If my questions are ever unclear or you do not understand, feel free to ask me to clarify and also I should also let you know my expectations are only that you |

AOC 000304

5

| | |
|---|---|
| Ms. Howe | Okay. I think it is kind of a common like joke as to what is under the black robe. I mean that is not unusual in court. |
| Ms. Gilman | I do not recall it as being inappropriate. |
| Ms. Howe | Do you think you might remember something about that that you weren't involved in? The allegation goes on to say the office was disturbed that entire day with jokes about that topic and that jokes were relayed via telephone to Lebanon District Court. |
| Ms. Gilman | When I am there I am in the courtroom so I am not involved that much in the office. |
| Ms. Howe | Okay. Thank you. I understand. And besides to be sure that I am clear about what your duties are as a court monitor is that you are in there to be sure the recording equipment is operating correctly? |
| Ms. Gilman | _____(inaudible)  yes |
| Ms. Howe | And, so obviously your day is spent in the courtroom. |
| Ms. Gilman | When the judges are there, that is right. |
| Ms. Howe | Okay. To the best of your recollection during the times that you were not in the courtroom but were in the family court area did your co-workers engage in discussions about their sexual activities engaging in inappropriate banter or sexual...... |
| Ms. Gilman | Calling it _____(inaudible) We would do this week-end dating thing but I do not recall being uncomfortable or inappropriate.  will re-ask - did talk @ weekends who were dating |
| Ms. Howe | And were you ever aware that co-workers were making sexual advances towards Michele Walker? |
| Ms. Gilman | Co-workers making sexual advances towards Michele Walker? No I never witnessed anything like that. |
| Ms. Howe | And did anyone ever tell you that had been happening? |
| Ms. Gilman | No |