

Ex 20

STATE OF NEW HAMPSHIRE

JUDICIAL BRANCH

Confidential

Transcript of Brenda Knapp Interview

Friday, December 18, 2009

Plymouth District Court

Christine Howe, Esq.,

Human Resources Manager, State of Vermont

Transcribed by: Linda Cammett

---



| | |
|---|---|
| Ms. Howe: | Today is Friday, December 18, 2009, this is Christine Howe, and I'm here at the Plymouth District Courthouse. Present with me is Yvonne McAllister from the Court Administrator's Office of Concord, New Hampshire, also Ms. Brenda Knapp. |
| Mrs. Knapp: | Hi |
| Ms. Howe: | And Brenda, you understand that this conversation is being recorded - correct? |
| Ms. Knapp: | Absolutely |
| Ms. Howe: | Great, Um, Brenda as I indicated briefly before we went on tape is that I am here as an investigator at the request of the Court Administrator's Office and my role here is to be a fact finder and some allegations have to the Court |

AOC 000319

|  |  |
|---|---|
|  | Gilman was saying she was thinking about getting her nipples pierced? |
| Ms. Knapp: | Right, or maybe she had or something? |
| Ms. Howe: | And, um what else, what other, was there anything else in that conversation? |
| Ms. Knapp: | Oh, I am trying to think. Michele, um, I don't know if what girls would go out and party and she would know they had gone out and I don't even know the girls. I mean, Lin might have been one of them, but I didn't see it, I didn't. |
| Ms. Howe: | What would she say, "the girls would go out and party?" |
| Ms. Knapp: | Yeah, that Brownie would, Brownie is Michelle Brown. |
| Ms. Howe: | Right |
| Ms. Knapp: | That Michelle Brown was going out. I don't know why she wanted to even know, I mean, if you are not interested, then don't go sitting in the other room with the girls and you know, don't ask. |
| Ms. Howe: | Okay. Were there any other conversations Michele Walker had with you about Lin Gilman's sexual dating activities? Based on what Lin had told Michele? |
| Ms. Knapp: | Well, Lin, ah Michele did tell me about, I assuming it is true, I don't know and I don't care. Um, that Lin would be with woman as well as men. |

| | |
|---|---|
| Ms. Howe: | Affirmative response – brief silence – Okay, and |
| Ms. Knapp: | But I would not know this if Michele hadn't told me. |
| Ms. Howe: | I understand. Um, did she ever, did Michele Walker ever report to you that Lin Gilman, in addition to being involved sexually with men or woman that she was ever involved in group sex? |
| Ms. Knap: | Um, I think she did. I think she said something about Lin was um, with a husband and a wife, or maybe it wasn't they were husband and a wife, maybe, oh, let me think. She said, is Mariam...you know, I don't remember enough to, I might misstate it, I don't remember. |
| Ms. Howe: | But, what is the vague impression that you have. |
| Ms. Knapp: | That she was, would go out with a couple and it was a guy and two girls. |
| Ms. Howe: | Okay. Did Michele Walker ever indicate to you that Lin was going out with couples who happened to be composed of people that she worked with? Let's say Lin and Michelle Brown and a couple other ones? |
| Ms. Knapp: | Oh, oh, yeah, no, I don't know about that. |
| Ms. Howe: | So you never heard anything like that? |
| Ms. Knapp: | Not, I don't recall anything of them having sex like that, no. I mean, I think they went out to bars, you know like after |