Ex 21

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

*****************************************

Estate of Michele M. Walker, Charles E. Walker, Administrator

VS                    NO: 1:11-CV-421-PB

State of New Hampshire - Administrative Office of the Courts and State of New Hampshire - NH Second Circuit Littleton District Division - Administrative Office of the Courts

*****************************************

DEPOSITION OF LISA TOWLE

This deposition taken by agreement of counsel at the Office of the Attorney General, 33 Capitol Street, Concord, New Hampshire, on Friday, November 2, 2012, commencing at 8:53 A.M.

166

```
1   A   When I met with Christine Howe.
2   Q   And did she show you the November 9th, 2009
3       complaint that Michele had written?
4   A   No.
5   Q   And were you interviewed by Christine twice or
6       three times?
7   A   I believe twice.
8   Q   Once with her and Ms. MacAllister?
9   A   Yes.
10  Q   And that was the first time?
11  A   Yes.
12  Q   And the second time, who was present?
13  A   Christine, Yvonne and Julie.
14  Q   And when you were interviewed, what was
15      Christine's tone with you? Was she pleasant?
16  A   Very.
17  Q   She wasn't hostile in any manner?
18  A   No.
19  Q   Wasn't interrogating?
20  A   No.
21          MS. DEMPSEY: Objection as to form.
22      You can answer.
23  Q   More like a conversation?
```

167

```
1   A   Yes.
2   Q   And did she tell you who she had been hired
3       by?
4   A   She said that she was hired by the State as an
5       independent person to do this investigation.
6   Q   When you first walked in for the first
7       interview, did she turn on a tape recorder
8       right away, or did she introduce herself?
9   A   When I first walked in the room, she
10      introduced herself, explained what was going
11      to happen, and it was going to be recorded.
12  Q   And she told you she was there to do an
13      independent investigation?
14  A   Yes.
15  Q   And how long did your first interview last?
16  A   I don't remember. I think I was there for
17      four hours maybe. I am guessing four hours.
18      I don't remember.
19          MS. DEMPSEY: If you don't know, say
20      that. I don't want you to guess.
21  Q   A few hours?
22  A   Yes.
23  Q   I want to show you this transcript, and we
```

168

```
1       will mark one. Flip through and tell me if
2       this looks like your transcript with your
3       handwriting, and you can flip through all the
4       way before you tell me.
5           (Whereupon, the court reporter
6       marked Exhibit Number 22, Transcript of Lisa
7       Towle, 12-18-09, for Identification.)
8   Q   So that is your transcript?
9   A   Yes.
10  Q   Flip through the first pages, and you looked
11      at the end, and the end has a statement on it,
12      and I am looking at page 72 of the transcript.
13          "The above is true and accurate to
14      the best of my knowledge without the benefit
15      of the recording." That is what you are
16      signed it as, right?
17  A   Yes.
18  Q   On 4/13/10?
19  A   Yes.
20  Q   That was the second day you went in for an
21      interview?
22  A   Yes.
23  Q   And so it said, "without benefit of
```

169

```
1       recording," you didn't listen to the recording
2       to make corrections?
3   A   Correct.
4   Q   How did you make all the corrections, you just
5       remembered everything that had been said?
6   A   To the best of my knowledge, yes.
7   Q   Did anyone show you any other document that
8       already had corrections on it?
9   A   No.
10  Q   So for example, if you flip to page 9, if you
11      look at the first place where it says Ms.
12      Towle on it, on the left-hand margin. "He was
13      late for work. He was falling asleep," and
14      then it says "in the courtroom."
15          So my question is, did you recall at
16      the time you were reading this transcript that
17      that is what you said, or did someone tell you
18      that that's what had been said?
19          MS. DEMPSEY: Objection as to form.
20      You can answer.
21  A   If I was to answer that question again today,
22      it would be the same answer, so that is what I
23      went by, and recalling that is how I would
```