UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Ex 22

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Estate of Michele M. Walker, Charles E. Walker, Administrator

VS                NO: 1:11-CV-421-PB

State of New Hampshire - Administrative Office of the Courts and State of New Hampshire - NH Second Circuit Littleton District Division - Administrative Office of the Courts

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF BRENDA KNAPP

This deposition taken by agreement of counsel at the Office of the Attorney General, 33 Capitol Street, Concord, New Hampshire, on Friday, October 19, 2012, commencing at 9:05 A.M.

144

1 Q   You can't tell me any days in 2009 where she
2     came in at 10 o'clock, 9:30, right?
3 A   Right.
4 Q   When you were interviewed by Christine Howe
5     the last two times in April, did you ask why
6     they weren't recorded?
7 A   I don't recall anything like that.  I don't
8     know.
9 Q   Did you think that if you told them things,
10    confirmed things Michele had alleged had been
11    going on, that your job could be in jeopardy?
12             MS. DEMPSEY:  Objection as to form.
13    You can answer.
14 A   No.
15 Q   When Ms. Howe interviewed you, did she raise
16    her voice at all?
17 A   I don't recall that she did.
18 Q   Was she hostile to you in any way?
19 A   No.  She wanted the answer, but she wasn't
20    hostile.
21 Q   So she didn't raise her voice or anything?
22 A   I don't believe that she did.
23 Q   Let me show you the writ, the complaint, I