Ex 23

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Estate of Michele M. Walker, Charles E. Walker, Administrator

VS                    NO: 1:11-CV-421-PB

State of New Hampshire - Administrative Office of the Courts and State of New Hampshire - NH Second Circuit Littleton District Division - Administrative Office of the Courts

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF MICHELLE BROWN

This deposition taken by agreement of counsel at the Office of the Attorney General, 33 Capitol Street, Concord, New Hampshire, on Friday, October 22, 2012, commencing at 9:05 A.M.

1  A    No, never.

2  Q    Deb still works in Plymouth?

3  A    She does.

4  Q    When was the last time you spoke to Lynn

5       Gilman?

6  A    When she was employed with the Court.  I don't

7       remember when.

8  Q    Do you remember approximately when she left?

9  A    No.

10 Q    Do you know why she left?

11 A    She had a boyfriend in Maine.  I think that is

12      why, to be closer to him.

13 Q    During the interview with Christine Howe, did

14      she raise her voice at all?

15 A    Did who?

16 Q    Christine Howe?

17 A    Did she raise her voice?

18 Q    Raise her voice?

19 A    Not that I recall, no.

20 Q    Was she rude or intimidating in any way?

21 A    No.

22 Q    Did she tell you whether -- did she tell you

23      what her position was as far as the