
Ex 24

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Estate of Michele M. Walker, Charles E. Walker,
Administrator

VS                NO: 1:11-CV-421-PB

State of New Hampshire - Administrative Office of
the Courts and State of New Hampshire - NH Second
Circuit Littleton District Division -
Administrative Office of the Courts
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEPOSITION OF JEFFREY D. SMITH

This deposition taken by agreement of counsel at the Office of the Attorney General, 33 Capitol Street, Concord, New Hampshire, on Friday, November 2, 2012, commencing at 1:24 P.M.

1    FMLA policies?

2  A  That's correct.

3  Q  Was it your recollection right after she used

4     her remaining ten days, that she then went on

5     paid leave or was she on unpaid leave using

6     sick time?

7  A  She needed to ask Judge Kelly for permission

8     to use extended leave time once her FMLA was

9     over, and I believe he extended her leave time

10    to just before her cruise, and I don't recall

11    what happened after the cruise.

12 Q  The history is here?

13 A  I would have to read that to know.

14         MS. JOHNSON:  Let's take a

15    five-minute break.  I do have some exhibits to

16    mark.  I am not going to guess how much time.

17         (Short recess.)

18 Q  Do you know if Lisa was ever disciplined at

19    work?

20 A  Not that I am aware of.

21 Q  Was Pam Kozlowski demoted, or did she make a

22    voluntary move to a different position?

23 A  Could you give me a time frame?