Ex25

# N.H. JUDICIAL BRANCH
# EMPLOYEE PERFORMANCE REPORT

Employee Name __Michele Walker__
Position __Court Clerk II__
Court __Littleton District__
Department _____
Report Date __7/1/09__
Anniversary Date __11/6/09__

TYPE OF REPORT
Annual ✓

RECEIVED JUL 07 2009 AOC Concord, NH

## JOB FACTOR AND STANDARD

Each section must include comments or examples of the reasons for the rating, and goals for the next evaluation period. However, not all factors apply to all jobs.

### PERFORMANCE LEVELS
OUTSTANDING - Self-Explanatory
VERY GOOD - Frequently exceeds job standards
SATISFACTORY - Consistently meets job standards
FAIR - Does not always meet job standards
UNSATISFACTORY - Self-Explanatory

### 1. QUALITY OF WORK:
Produces accurate, neat and complete work; is thorough and competent; makes very few errors.

Performance Level
Outstanding

Comments/examples/goals:
The best example of Michele's quality of work that I can directly speak to is around the LBA Audit that was performed during the past year. The LBA audited all of the district courts and the overall result was a moderate to fair audit. However, out of all the courts audited, the auditors specifically commented to the AOC Auditor that Littleton DC's was perfect. Kudos goes to Michele and Brenda for this excellent work.



0083

**2. QUANTITY OF WORK:**
Produces acceptable amount of work in the time allotted; meets performance goals set by the supervisor.

**Performance Level**
Very Good-Outstanding

Comments/examples/goals:
Michele runs a very tight ship and a very busy little court. During the last 5 years, anything that I've had to bring to her attention has been resolved and dealt with promptly.

**3. RELATIONS WITH OTHER PEOPLE:**
Cooperates with other employees, attorneys and public; maintains positive work relations, is courteous.
(If any complaints have been filed regarding this employee's performance, please specify the number filed and the complaint)

**Performance Level**
Outstanding

Comments/examples/goals:
Michele is a service and people oriented clerk; she goes the extra mile in all her dealings with everyone (staff, colleagues, public, etc.). She takes pride in her role as clerk and it shows on a day to day basis and she is extremely involved in her community and makes it a point to know, and to help, everyone. Her relations with everyone, even with difficult people, are excellent, bar none.

**4. COMMUNICATIONS (oral and written):**
Communicates effectively with other employees, attorneys and public; ideas are understood by others.

**Performance Level**
Outstanding

Comments/examples/goals:
Michele is a born communicator and she will all let you know "like it is." She is gracious and honest at the same time and her interpersonal skills are outstanding. She is effective in all her dealings with staff and the public.

AOC 000539

## 5. DEPENDABILITY:
Can be relied upon to get the job done; follows through on assignments; meets deadlines. Is on time as required by work schedule.

**Performance Level**
Very Good-Outstanding

Comments/examples/goals:
Michele meets all deadlines that she is faced with and always gets the job done.

## 6. INITIATIVE:
Is a self-starter, self-motivated and resourceful; seeks ways to complete work more efficiently; works at appropriate level of independence.

**Performance Level**
Very Good-Outstanding

Comments/examples/goals:
Michele has run a small, two person court, for many years and as such has had to work out ways to be creative and use what time she has to run a very busy office and get things done on time. She manages her time well and keeps things running very smoothly.

## 7. ADAPTABILITY AND FLEXIBILITY:
Adjusts to new or different assignments; performs well under pressure.

**Performance Level**
Very Good

Comments/examples/goals:
Michele has adjusted to whatever situation she is faced with and does so with grace. While it has not always been easy to co-exist in a location that is shared with the family division, Michele has managed to uphold the integrity of the court in spite of the challenges. While Michele has never expressed an interest in or a desire to manage the family division herself, it is without any doubt that I think she could do so should be called upon to take it on in the future. Many of the management issues and challenges that co-located district courts and family divisions face could be alleviated, if not eliminated, by allowing a single on-site manager to oversee the entire operation and this holds true for Michele in managing Littleton as well.

AOC 000540
0083

**8. JUDGMENT AND REASONING:**
Assesses situations accurately, to make sound decisions and take correct actions; thinks clearly and arrives at logical conclusions.

**Performance Level**
Very Good-Outstanding

Comments/examples/goals:
Michele has an extremely logical and analytical mind so her judgment and reasoning are sound. Perhaps her greatest challenge has been to make decisions in a small location that shares it space, resources and judge with the family division. Any problems that have arisen in this regard are not the fault of Michele, however, but the fault of the management model itself and in this respect, Michele has done a good job of managing and navigating the district court in spite of this model.

**9. PLANNING AND ORGANIZATIONAL SKILLS:**
Effectively and efficiently utilizes time and resources; sets priorities well; work station is well organized.

**Performance Level**
Very Good-Outstanding

Comments/examples/goals:
See number 6 above.

**10. WORK HABITS:**
Follows instructions; approaches situations in an orderly, professional manner.

**Performance Level**
Very Good-Outstanding

Comments/examples/goals:
See number 6 above.

AOC 000541

**11. SUPERVISORY SKILLS:**
Provides leadership, sets clear goals, succeeds at getting work done through others; provides appropriate training and follow-up for subordinates; maintains performance and disciplinary standards.

**Performance Level**
Outstanding

Comments/examples/goals:
Michele has exceeded all expectations of a manager running a small, two person court. Even during times of extend leave (either her own or her deputy clerk's) Michele has retained control of her court and has set forth the standards by which she and her deputy clerk (and temporary support help) work. She has proven that you can maintain friendly and congenial relationships with staff while also being their supervisor. She has excelled as a supervisor in all conditions – when times have been good and when times have been difficult (for lack of resources, etc.) and she sets the tone for all others who come to Littleton District Court.

**12. OVERALL JOB PERFORMANCE:**
Is competent in all aspects of job duties; keeps well informed about job; understands significance of all phases of job.

**Performance Level**
Very Good-Outstanding

Comments/examples/goals:
Michele fully understands all aspects of her job and is an outstanding Clerk of Court.

**13. ATTENDANCE:**
Absences for the past year were as follows:

**Performance Level**
As Appropriate

___ Annual Days                    ___ Sick Days
___ Leave of Absence w/out pay     ___ Other

Comments/examples/goals:

AOC 000542

# PERFORMANCE REPORT RECOMMENDATION

0038

☐ One step increase is recommended. (Overall rating must be better than satisfactory.)
☐ One step increase is not recommended. Next evaluation for this employee will be done on _____.
☐ Probationary period has been satisfactorily completed.
☐ Probationary period has not been satisfactorily completed. Probationary period is extended to _____
☐ Probationary period has not been satisfactorily completed. Employee termination is recommended.
X   Yearly performance report. Employee at maximum step.
X   Other: Please describe:  Michele is due a merit increase (5 years) this year and I recommend and support that it be approved. *PJK*

What specific goals have been established for this employee during the next performance evaluation period?
No goals needed to be set; business as usual.

Date: 7/2/09

*Pamela J Kolowski* DCA
EVALUATOR SIGNATURE / TITLE

Date: 7/2/09

*Pamela J Kolowski* DCA
ADMINISTRATIVE AUTHORITY
SIGNATURE / TITLE

## **EMPLOYEE COMMENTS (see below)

☒ This report has been discussed with me.
☒ I agree with the findings of this report.
☐ I disagree with the findings of this report.
☐ I would like to discuss this report further with the evaluator and/or the administrative authority.

Employee Comments:

0089

Date: 6/30/09

*Michele M. Walker*
EMPLOYEE SIGNATURE

## A COPY OF THIS REPORT MUST BE SENT TO THE PERSONNEL OFFICE OF THE ADMINISTRATIVE OFFICE OF THE COURTS AS REQUIRED IN PERSONNEL RULE 28.

Michele has never had an evaluation done while she has been Clerk of the Littleton District Court. As her administrator since 2004, I know Michele to be a very competent and capable clerk. She is in the best position to outline her accomplishments and achievements, of which she has many. A few are listed below in Michele's own words:

"Some of my thoughts during the past 5 years:
During the last five years I set up the family division and gave up the waiting room and my desk to accommodate the family division and make them feel welcomed. I painted and organized the waiting room on evenings and weekends to get it set up for the family division. The other problem Littleton had was storage so I took on the assignment with my staff to work on moving the files from the basement to our work floor. The postmaster worked with me to accommodate the need to help with the situation and allowed us to use the room across the hall. I accepted and ordered new shelving for the District and Family court and sorted and moved all files from the basement to this floor. The new storage room is very orderly and is very functional for both family and district court. The other challenge was meeting rooms for the family division case manager, deleting the waiting room presented a problem for meeting rooms. I re- met with the postmaster again to see any solutions and we came up with partitions in the cell room. After the postmaster approved the plan I order and set up the partitions to help with the issue at hand and now we have two very nice rooms for case manager conferences and domestic violence issues. I developed all the emergency evacuation plans and security systems to accommodate the district court and family division. The family division court assistance comes to me on a daily basis to ask questions and seek my guidance, we have a comfortable work relationship and she is always welcomed at all times for assistance. She has no on site manager so I do what I can to help her.
Being a Clerk since the start of family div. in the beginning it was an outstanding strong team, cross training and general pitching in to get the job done. Many new employees have come and gone in the family division since the start of the pilot program, and now the new ones are trained not to cross train and we are two separate courts so it's been a struggle to get the team effort back. I like the team effort and miss its effectiveness and energy. The litigants, attorneys, bail commissioners, etc., all look at the Court as one not two. It's difficult to manage. Judge Carbon was here a short time ago and commended and was thrilled with the new set up and changes made at the district court and family court, she was very pleased and couldn't say enough positive things about the whole set up.
The other two challenges I had was no air conditioning and changing court days from Friday to Tuesday. It took years to accomplish both of these goals but with determination and hard work we now have air conditioning and all parties (despite the new change) are now happy to have court on Tuesday and not Friday. The court runs much smoother and cases are processed much quicker now.

AOC 000544

This review is about me and my accomplishments and I feel these are the achievements I have made at the Littleton District Court. It took me years to accomplish all of the above with little or no help from the family division team, it was a struggle and I feel we have a nice facility now and it works for both the family court and district court. I had many goals when I started here and now some day as I move forward I will feel good about the changes I have made at the Littleton District Court and feel I have accomplished what I needed to do to get the job done."

AOC 000545