## AFFIDAVIT OF LESLIE H. JOHNSON

NOW COMES Leslie H. Johnson, and upon oath states as follows:

1. I am an attorney licensed to practice in the State of New Hampshire and a member in good standing with the New Hampshire Bar.

2. I am representing the Plaintiff, the Estate of Michele Walker, in the matter of *Estate of Michele M. Walker v. New Hampshire Administrative Office of the Courts, et al.*, USDC, Docket No. 11-CV-421-PB.

3. Plaintiff's Exhibit 12 is a true and accurate copy of excerpts from the 01/12/10 Transcript of Michele Walker Interview by Christine Howe, provided by Defendant through discovery.

4. Plaintiff's Exhibit 13 is a true and accurate copy of excerpts from the 02/05/10 Transcript of Michele Walker Interview by Christine Howe, provided by Defendant through discovery.

5. Plaintiff's Exhibit 14A is a true and accurate copy of excerpts from the 10/19/12 Pamela Kozlowski Deposition, Vol. 1.

6. Plaintiff's Exhibit 14B is a true and accurate copy of excerpts from the 10/26/12 Pamela Kozlowski Deposition, Vol. 2.

7. Plaintiff's Exhibit 15 is a true and accurate copy of excerpts from the 03/29/13 Jennifer Moeckel Deposition.

8. Plaintiff's Exhibit 16 is a true and accurate copy of excerpts from the 10/22/12 Paula Hurley Deposition.

9. Plaintiff's Exhibit 18 is a true and accurate copy of excerpts from the 11/07/12 Edwin Kelly Deposition.

10. Plaintiff's Exhibit 19 is a true and accurate copy of excerpts from the 12/11/09 Transcript of Lyn Gilman Interview by Christine Howe, provided by Defendant through discovery.

11. Plaintiff's Exhibit 20 is a true and accurate copy of excerpts from the 12/18/09 Transcript of Brenda Knapp Interview by Christine Howe, provided by Defendant through discovery. This has the Knapp deposition Ex 7B sticker placed on it.

12. Plaintiff's Exhibit 21 is a true and accurate copy of excerpts from the 11/02/12 Lisa Towle Deposition.

13. Plaintiff's Exhibit 22 is a true and accurate copy of excerpts from the 10/19/12 Brenda Knapp Deposition.

14. Plaintiff's Exhibit 23 is a true and accurate copy of excerpts from the 10/22/12 Michelle Brown Deposition.

15. Plaintiff's Exhibit 24 is a true and accurate copy of excerpts from the 11/02/12 Jeffrey D. Smith Deposition.

16. Plaintiff's Exhibit 25 is a true and accurate copy of the 07/01/09 Michele Walker Performance Report, marked as Exhibit 2 to Pamela Kozlowski's 10/19/12 Deposition.

FURTHER AFFIANT SAYETH NOT

/s/ LESLIE H. JOHNSON
Leslie H. Johnson

STATE OF NEW HAMPSHIRE
COUNTY OF CARROLL

Personally appeared Leslie H. Johnson, on this 19th day of April 2013, and upon oath

affirmed that the above facts are true and accurate to the best of her knowledge and belief, before me.

                           /s/ MONA J. TARDIF
                           Notary Public
                           My commission expires: 05/09/2017