UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
Estate of Michele M Walker et al,                   \*
    Plaintiff                                                         \*
                                                                               \*
    v.                                                                        \*
                                                                               \*   Civil Action No. 1:11-cv-421-PB
State of New Hampshire – Administrative     \*
Office of the Courts and State of New           \*
Hampshire – NH Second Circuit Littleton      \*
District Court – Administrative Office of the \*
Courts                                                                   \*
                                                                               \*
    Defendants                                                       \*
                                                                               \*
                                                                               \*
*******************************************

### DEFENDANTS' NOTICE OF INTENT TO FILE A REPLY MEMORANDUM TO PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, State of New Hampshire – Administrative Office of the Courts and State of New Hampshire – NH Second Circuit Littleton District Division – Administrative Office of the Courts, by and through their counsel, the Office of the Attorney General, and submit as follows:

1.    The Defendants, having received the Plaintiff's Objection to the Defendants' Motion for Summary Judgment on April 19, 2013, intend to file a Reply Memorandum and submit this notice of such intent pursuant to United States District Court for the District of New Hampshire Local Rule 7.1(e)(1).

Respectfully submitted,

State of New Hampshire – Administrative Office of the Courts and State of New Hampshire – NH Second Circuit Littleton District Court – Administrative Office of the Courts

By their attorneys,

Michael A. Delaney
Attorney General

Date: April 22, 2013

/s/ Mary Ann Dempsey
Mary Ann Dempsey (NH Bar# 13123)
Senior Assistant Attorney General
NH Department of Justice
33 Capitol Street
Concord, New Hampshire 03301-6397
(603) 271-3675

**Certificate of Service**

 I hereby certify that a copy of the foregoing was electronically served this date on April 22, 2013.

/s/ Mary Ann Dempsey