UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Estate of Michele M Walker et al,   Plaintiff | \* \* \* |
| v. | \*   Civil Action No. 1:11-cv-421-PB \* |
| State of New Hampshire – Administrative Office of the Courts and State of New Hampshire – NH Second Circuit Littleton District Court – Administrative Office of the Courts   Defendants | \* \* \* \* \* \* \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM

NOW COME the Defendants, State of New Hampshire – Administrative Office of the Courts and State of New Hampshire – NH Second Circuit Littleton District Division – Administrative Office of the Courts, by and through their counsel, the Office of the Attorney General, and submits this Assented-to Motion for an Extension of Time pursuant to Fed. R. Civ. P. 6(b)(1)(A) and states as follows:

1. Counsel for the Plaintiff, the Estate of Michele Walker, assents to the extended date of Friday, May 10, 2013 for Defendants to file their Reply to the Plaintiff's Objection to Defendants' Motion for Summary Judgment.

2. The Defendants make this request based on a hearing and series of depositions scheduled for the week of April 29, 2013 that demand significant preparation by Defendants' counsel.

3. The requested extension will not change the date of trial.

WHEREFORE, it is respectfully requested that this Honorable Court:

    A.    Grant the Defendants' Assented-to Motion to Extend Time; and

    B.    Grant whatever further relief the Court deems just and appropriate.

Respectfully submitted,

State of New Hampshire – Administrative Office of the Courts and State of New Hampshire – NH Second Circuit Littleton District Court – Administrative Office of the Courts

By their attorneys,

MICHAEL A. DELANEY
ATTORNEY GENERAL

Date: April 30, 2013    /s/ Mary Ann Dempsey
Mary Ann Dempsey (NH Bar# 13123)
Senior Assistant Attorney General
NH Department of Justice
33 Capitol Street
Concord, New Hampshire 03301-6397
(603) 271-3675

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served this 30th day of April 2013 to Leslie H. Johnson, Esq.

/s/ Mary Ann Dempsey
Mary Ann Dempsey