UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*****************************************
Estate of Michele M Walker et al,   *
    Plaintiff   *
       *
    v.   *   Civil Action No. 1:11-cv-421-PB
       *
State of New Hampshire – Administrative   *
Office of the Courts and State of New   *
Hampshire – NH Second Circuit Littleton   *
District Court – Administrative Office of the   *
Courts   *
       *
    Defendants   *
       *
*****************************************

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Estate of Michele Walker, and the Defendants, State of New Hampshire – Administrative Office of the Courts and State of New Hampshire – NH Second Circuit Littleton District Division – Administrative Office of the Courts, by their undersigned counsel, hereby stipulate that all claims in the above-captioned action are dismissed with prejudice. No further costs or fees. No further action for the same cause.

    Respectfully submitted,

    State of New Hampshire – Administrative Office of
    the Courts and State of New Hampshire – NH
    Second Circuit Littleton District Court –
    Administrative Office of the Courts

                                        By their attorneys,
Joseph A. Foster
Attorney General

Date: July 2, 2013                      /s/ Mary Ann Dempsey
Mary Ann Dempsey (NH Bar# 13123)
Senior Assistant Attorney General
NH Department of Justice
33 Capitol Street
Concord, New Hampshire 03301-6397
(603) 271-3675

                           AND

Respectfully submitted,
Estate of Michele M. Walker,
By its Attorney,

Dated: July 2, 2013                /s/ LESLIE H. JOHNSON
Leslie H. Johnson, Esq., NH Bar #5545
LAW OFFICE OF LESLIE H. JOHNSON, PLLC
PO Box 265
Center Sandwich NH 03227
603.284.6600
leslie@lesliejohnsonlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on all counsel of record electronically through the ECF Filing System.

                                        /s/ Mary Ann Dempsey
Mary Ann Dempsey