UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 SEP -9 P 3:34

**OFFICE OF THE CLERK**
James R. Starr, Clerk of Court
Daniel J. Lynch, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

September 5, 2013

To:     Mary Ann Dempsey

From:   Maryanne Michaelis, Deputy Clerk

In re:  Civil No. 11-cv-421-PB, <u>Walker v NH AOC, et al</u>

Please sign the acknowledgment below and return this letter to the Clerk's Office in the enclosed envelope.

Conventionally filed attachment to Exhibit F in the Motion for Summary Judgment (doc #17)

*******************************************************************

RECEIPT OF EXHIBITS IS HEREBY ACKNOWLEDGED

Date: 9/5/13            By: Mary Ann Dempsey
Counsel for: Defendant - AOC