**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

James R. Starr, Clerk of Court                                    Telephone: 603-225-1423
Daniel J. Lynch, Chief Deputy Clerk                          Web: www.nhd.uscourts.gov

October 25, 2013

Mary Ann Dempsey, Esq.
NH Attorney General
33 Capitol St
Concord, NH,03301-6397

Dear Attorney Dempsey:

<u>In re: Civil No. 11-cv-421-PB, Walker v. NH Administrative Office of the Court, et al</u>

       Since we are not required to maintain copies of discovery material (Fed. R. Civ. P. 5(d)) and since this case is closed, we are returning the following material to you for safekeeping.

| Attachment to Document # | Title of Document/Date Filed |
|---|---|
| 30 | In Camera Documents |

Should the need arise, the court will ask the material be resubmitted.

                                                             Very truly yours,

                                                             JAMES R. STARR, Clerk

                                                        By: <u>/s/ Maryanne Michaelis</u>
                                                                   Maryanne Michaelis
                                                                    Deputy Clerk

Enclosure

cc:       Counsel of Record